In re  **Robert Edwin Jacobsen**                    Case No.  **07-41092**
                                                                (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint Or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 15162 Snowshill Dr., Frisco TX 75035 Debtor's homestead | Fee simple | - | $247,319.00 | $229,500.00 |
| 2304 Sky Harbor Dr., Plano TX 75025 leased residential property | fee simple | - | $166,001.00 | $126,333.12 |
| 7804 Steppington Dr. Plano TX 75025 leased residential property | fee simple | - | $145,318.00 | $143,427.42 |
| | | | Total: | $558,638.00 |

(Report also on Summary of Schedules)

In re **Robert Edwin Jacobsen**　　　　　　　Case No. **07-41092** _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | Cash in Debtor's wallet | H | $200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account at Legacy Bank Plano Texas | H | $2,272.23 |
| | | Checking Account at Wells Fargo Bank. Alamo, CA value negative (260.35) - | H | $0.00 |
| | | Checking account Wells Fargo, Alamo, CA | J | $397.83 |
| | | Checking account at Wells Fargo Bank, Alamo, CA | H | $36.10 |
| | | Smith Barney brokerage account, Englewood Cliffs, NJ | H | $0.00 |
| | | PayPal account | H | $414.45 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 60 inch projection TV | H | $3,500.00 |
| | | leather chairs | H | $400.00 |
| | | leather chair | H | $400.00 |
| | | coffee table | H | $350.00 |
| | | small glass table | H | $200.00 |
| | | 2 pole lamps | H | $200.00 |
| | | 2 table lamps | H | $200.00 |
| | | small desk and chair | H | $250.00 |

In re **Robert Edwin Jacobsen**                    Case No.    **07-41092**
                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | file cabinet for personal papers | H | $250.00 |
| | | kitchen utensils | H | $250.00 |
| | | vacuum | H | $150.00 |
| | | Craftsman 12 inch table saw | H | $500.00 |
| | | drill press | H | $250.00 |
| | | Ridid brand planer | H | $600.00 |
| | | hand tools for woodworking | H | $500.00 |
| | | mohogany raw boards | H | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Book collection | H | $2,000.00 |
| | | stamp collection | H | $100.00 |
| 6. Wearing apparel. | | Men's shirts | - | $250.00 |
| | | Men's slacks | - | $250.00 |
| | | Men's formal wear | - | $500.00 |
| 7. Furs and jewelry. | | vintage watches from father | - | $1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Ruger 9 mm handgun | H | $300.00 |
| | | Mossburg shotgun | H | $300.00 |

In re **Robert Edwin Jacobsen**          Case No.  **07-41092** _____

                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo- rated and unincorporated businesses. Itemize. | | All of the stock in Humbolt Equities LLC | - | $1,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 1/3 undivided interest in the Rodalsen Partnership; partnership for real estate development | H | Unknown |
| 15. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re  **Robert Edwin Jacobsen**                               Case No.  **07-41092** _____
                                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Promissory Note for $1,000,000 owed by REJ Properties, Inc. ("REJ"). | - | Unknown |
| | | Claim against Cynthia Cox, attorney, for refund of  retainer for legal work never performed. | H | $12,000.00 |
| | | Claim as Plaintiff in Collin County for embezzelment of money and property against Amie Green | H | $25,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Debtor is the assignee of the Plaintiff's claims in REJ Properties, Inc. v. Mort; Case No. RG06-275314.  The lawsuit claims damages of $45,000. | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

In re **Robert Edwin Jacobsen**          Case No. **07-41092** _____

                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Ford Excursion | H | $14,465.00 |
| | | 2004 Lexus RX 330 | H | $42,000.00 |
| | | Honda 350 Motorcycle (not running) | H | $1,500.00 |
| | | 1977 MGB automobile | H | $1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Sony Vaio Laptop Computer | H | $2,000.00 |
| | | Fujitsu N Series Lifebook computer | H | $3,200.00 |
| | | Caliber desktop computer | H | $3,000.00 |
| | | Epson R800 printer | H | $300.00 |
| | | Brother MFC 9420 printer scanner | H | $700.00 |
| | | Desk | H | $500.00 |

In re  **Robert Edwin Jacobsen**                     Case No.     **07-41092**    _____
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Chair | H | $120.00 |
| | | Phone system, Sony IT-M10 | H | $75.00 |
| | | Hon 4 drawer file cabinet | H | $500.00 |
| | | Hon Credenza | H | $500.00 |
| | | Hon 2 drawer lateral file | H | $350.00 |
| | | Computer software | H | $2,500.00 |
| | | TV, Philips 20 inch | H | $0.00 |
| | | small desk | H | $150.00 |
| | | storage cabinet | H | $75.00 |
| | | computer sound system | H | $200.00 |
| | | book shelf | H | $200.00 |
| | | Brother portable printer | H | $300.00 |
| | | Canon portable printer | H | $300.00 |
| | | Canon portable printer | H | $300.00 |
| | | Treo cell phone | H | $500.00 |
| | | Motorola cell phone | H | $200.00 |
| | | Misc. office supplies | H | $500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

In re  **Robert Edwin Jacobsen**                    Case No.   **07-41092**
                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)    **Total  >**    **$130,455.61**

Form B6C
(04/07)

In re  **Robert Edwin Jacobsen**                    Case No.  **07-41092** _____
                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.

☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 15162 Snowshill Dr., Frisco TX 75035 Debtor's homestead | 11 U.S.C. § 522(d)(1) 11 U.S.C. § 522(d)(5) | $17,819.00 $0.00 | $247,319.00 |
| 2304 Sky Harbor Dr., Plano TX 75025 leased residential property | 11 U.S.C. § 522(d)(5) | $3,456.00 | $166,001.00 |
| 60 inch projection TV | 11 U.S.C. § 522(d)(3) | $525.00 | $3,500.00 |
| leather chairs | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| leather chair | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| coffee table | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| small glass table | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| 2 pole lamps | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| 2 table lamps | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| small desk and chair | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| file cabinet for personal papers | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| kitchen utensils | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| vacuum | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Craftsman 12 inch table saw | 11 U.S.C. § 522(d)(6) | $500.00 | $500.00 |
|  |  | **$24,950.00** | **$419,970.00** |

In re  **Robert Edwin Jacobsen**                                              Case No.    **07-41092** _____
                                                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| drill press | 11 U.S.C. § 522(d)(6) | $250.00 | $250.00 |
| Ridid brand planer | 11 U.S.C. § 522(d)(6) | $600.00 | $600.00 |
| hand tools for woodworking | 11 U.S.C. § 522(d)(6) | $500.00 | $500.00 |
| Book collection | 11 U.S.C. § 522(d)(3) | $525.00 | $2,000.00 |
| Men's shirts | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| Men's slacks | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| Men's formal wear | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| vintage watches from father | 11 U.S.C. § 522(d)(4) | $1,000.00 | $1,000.00 |
| 2004 Lexus RX 330 | 11 U.S.C. § 522(d)(2) | $3,225.00 | $42,000.00 |
| | | **$32,050.00** | **$467,320.00** |

In re **Robert Edwin Jacobsen**                                                    Case No. __07-41092__

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx0551<br><br>**Aurora Loan Services**<br>**10350 Park Meadows Drive**<br>**Littleton CO 80124** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**7804 Steppington Dr., Plano TX 75025**<br>REMARKS:<br><br>VALUE: **$145,318.00** | | | | **$28,227.42** | |
| ACCT #:<br><br>**Aurora Loan Services**<br>**10350 Park Meadows Drive**<br>**Littleton CO 80124** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2304 Sky Harbor Dr., Plano TX 75025**<br>REMARKS:<br><br>VALUE: **$166,001.00** | | | | **$126,333.12** | |
| ACCT #:<br><br>**CitiMortgage Inc.**<br>**PO Box 6006**<br>**The Lakes NV 88901-6006** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1704 Steppington Dr., Plano TX**<br>REMARKS:<br><br>VALUE: **$145,318.00** | | | | **$115,200.00** | |
| ACCT #: xxxx xx. xxx-x2000<br><br>**Cory Nichols**<br>**1920 Monument Blvd.**<br>**Concord CA 94520** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Money Judgment**<br>COLLATERAL:<br>**Judgment Lien**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$35,000.00** | **$35,000.00** |
| | | | Subtotal (Total of this Page) > | | | | **$304,760.54** | **$35,000.00** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re **Robert Edwin Jacobsen**          Case No.   **07-41092**
                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Ford Motor Credit**<br>**Po Box 7172**<br>**Pasedena CA 91109-7172** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Excursion SUV**<br>REMARKS:<br><br>VALUE: **$14,465.00** | | | | $16,000.00 | $1,535.00 |
| ACCT #:<br><br>**Lexus Financial Services**<br>**PO Box 0114**<br>**City of Industry, CA 91716-0114** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**RX 300 SUV**<br>REMARKS:<br><br>VALUE: **$42,000.00** | | | | $15,927.00 | |
| ACCT #: **xxxxx-xxxxx4-002**<br><br>**Saxon Mortgage Services, Inc.**<br>**PO Box 161489**<br>**Fort Worth TX 76161-1489** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**15162 Snowshill Dr., Frisco TX 75035**<br>REMARKS:<br><br>VALUE: **$247,319.00** | | | | $229,500.00 | |
| ACCT #:<br><br>**Timothy E. Carlson, CPA, PC**<br>**c/o Malcolm A. King**<br>**King & Barnard**<br>**1850 Mt. Diablo Blvd. Suite 445**<br>**Walnut Creek CA 94579** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Money Judgment**<br>COLLATERAL:<br>**Judgement Lien**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $47,530.00 | $47,530.00 |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $308,957.00 | $49,065.00 |
| Total (Use only on last page) > | $613,717.54 | $84,065.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re **Robert Edwin Jacobsen**                                          Case No.    **07-41092**
_____                                              _____
                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

_* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____**No**_____continuation sheets attached

In re **Robert Edwin Jacobsen**     Case No. <u>07-41092</u>
                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx xxxx xxxx 5954**<br>**Advanta Bank Corp**<br>**PO Box 8088**<br>**Philalelphia PA 19101-8088** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,191.36 |
| ACCT #: **xxxx xxxx xxxx 9609**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington DE 19850-5026** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $21,488.95 |
| ACCT #:<br>**Bernadette Sramek**<br>**c/o Harold M. Jaffee, Esq.**<br>**3521 Grand Avenue**<br>**Oakland CA 94610** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Civil lawsuit**<br>REMARKS: | X | X | X | $1,627,536.38 |
| ACCT #:<br>**Brian Davis, Esq.**<br>**Davis, Bonino, Ellingson, McLay, Scott,**<br>**203 Redwood Shores Parkway**<br>**Suite 480**<br>**Redwood Shores CA 94065** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Services**<br>REMARKS: | | | | $115,000.00 |
| ACCT #: **xxxx xxxx xxxx 7454**<br>**Chase Card Services**<br>**PO Box 94014**<br>**Palatine IL 60094-4014** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $11,501.35 |
| ACCT #: **xxxx-xxxx-xxxx-0306**<br>**Citi Cards**<br>**PO Box 6000**<br>**The Lakes NV 89163-6000** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $21,220.47 |
| | | | | | Subtotal > | | $1,799,938.51 |
| | | | | | Total > | | |

<u>     1     </u> continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 6012**<br>**General Motors**<br>**Dept. 9600**<br>**Carol Stream IL 60128** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxx. xxxx. xx. xx-x4076**<br>**John Sramek**<br>**c/o Harold M. Jaffe, Esq.**<br>**3521 Grand Avenue**<br>**Oakland CA 94610** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Civil Lawsuit**<br>REMARKS: | X | X | X | $1,627,536.38 |
| ACCT #:  **xxx xxx4639**<br>**Wells Fargo Bank NA**<br>**Po Box 4233**<br>**Portland OR 97208** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $19,033.68 |
| ACCT #:  **xxxx xxxx xxxx 8761**<br>**Wells Fargo Business Line**<br>**PO Box 348750**<br>**Sacramento CA 95834** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $33,275.99 |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to                              **Subtotal >** | $1,679,846.05 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >** | $3,479,784.56 |
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Robert Edwin Jacobsen**                    Case No.    **07-41092**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.
R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **John Pitts**<br>2304 Sky Harbor Dr.<br>Plano, TX 75025 | Lease of Debtor's residential property; Lease dated July 1 2004 is currently month-to-month<br>Contract to be ASSUMED |
| **Mark Parker**<br>7804 Steppington Dr.<br>Plano, TX | Lease for residential property owned by Debor; term is August 1, 2006 to August 1, 2007.<br>Contract to be ASSUMED |

Form B6H
(10/05)

In re  **Robert Edwin Jacobsen**                                      Case No.  <u>07-41092</u>
                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re  **Robert Edwin Jacobsen**                                    Case No.  **07-41092**
                                                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship: | Age: | Relationship: | Age: |

| Employment | Debtor | | Spouse | |
|---|---|---|---|---|
| Occupation | self employed - real estate | | Real Estate Investor | |
| Name of Employer | self employed | | self | |
| How Long Employed | | | | |
| Address of Employer | 101CN Greenville Road | | 1523 Streams Way | |
| | Box 259 | | Allen, Texas 75002 | |
| | Allen, Texas 75002 | | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$0.00** | **$0.00** |
| 4.  LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
| b. Social Security Tax | $0.00 | $0.00 |
| c. Medicare | $0.00 | $0.00 |
| d. Insurance | $0.00 | $0.00 |
| e. Union dues | $0.00 | $0.00 |
| f. Retirement | $0.00 | $0.00 |
| g. Other (Specify) _____ | $0.00 | $0.00 |
| h. Other (Specify) _____ | $0.00 | $0.00 |
| i. Other (Specify) _____ | $0.00 | $0.00 |
| j. Other (Specify) _____ | $0.00 | $0.00 |
| k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$0.00** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $11,733.00 | $0.00 |
| 8.  Income from real property | $0.00 | $11,132.38 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
| a._____ | $0.00 | $0.00 |
| b._____ | $0.00 | $0.00 |
| c._____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$11,733.00** | **$11,132.38** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$11,733.00** | **$11,132.38** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | **$22,865.38** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor is a self-employed real estate broker/investor.  It is not known whether the Debtor's projected income will increase or decrease.**

IN RE:   **Robert Edwin Jacobsen**                          CASE NO    **07-41092**

                                                            CHAPTER    **13**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,267.00 |
|    a. Are real estate taxes included?  ☐ Yes  ☑ No | |
|    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $250.00 |
|          b. Water and sewer | $80.00 |
|          c. Telephone | |
|          d. Other:  cable/intenet/fax | $114.00 |
| 3. Home maintenance (repairs and upkeep) | $200.00 |
| 4. Food | $500.00 |
| 5. Clothing | $300.00 |
| 6. Laundry and dry cleaning | $150.00 |
| 7. Medical and dental expenses | $25.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $200.00 |
| 10. Charitable contributions | $100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | $126.42 |
|          b. Life | |
|          c. Health | $425.00 |
|          d. Auto | $65.00 |
|          e. Other:  property taxes on home | $325.67 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto:   2004 Lexus RS-330 | $779.95 |
|          b. Other:  Ford Excursion SUV | $830.00 |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $5,322.79 |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$11,260.83** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Expenditures will also change according to the Debtor's business activity, which will be dependent on market conditions.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $11,733.00 |
| b. Average monthly expenses from Line 18 above | $11,260.83 |
| c. Monthly net income (a. minus b.) | $472.17 |

IN RE:   **Robert Edwin Jacobsen**                    CASE NO    **07-41092**

                                                    CHAPTER     **13**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

### *SEPARATE SPOUSE BUDGET*

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,637.00 |
|     a. Are real estate taxes included?  ☑ Yes   ☐ No | |
|     b. Is property insurance included?  ☑ Yes   ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $150.00 |
|             b. Water and sewer | $25.00 |
|             c. Telephone | $60.00 |
|             d. Other: | |
| 3. Home maintenance (repairs and upkeep) | $107.00 |
| 4. Food | $338.00 |
| 5. Clothing | $287.00 |
| 6. Laundry and dry cleaning | $90.00 |
| 7. Medical and dental expenses | $0.00 |
| 8. Transportation (not including car payments) | $301.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $106.00 |
| 10. Charitable contributions | $25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | |
|         c. Health | $325.00 |
|         d. Auto | $55.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other:   Master Card\Wells Fargo | $350.00 |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other:   Wife's Business Expenses | $6,429.12 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>   if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$10,285.12** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**


20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I ..................................................................................$11,132.38
b. Average monthly expenses from Line 18 above ........................................................................................$10,285.12
c. Monthly net income (a. minus b.) ..............................................................................................................$847.26

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re: **Robert Edwin Jacobsen**

CASE NO **07-41092**

CHAPTER **13**

# EXHIBIT TO SCHEDULE J - BUSINESS INCOME AND EXPENSES

### Real Estate Investor/Manager

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:        **$93,000.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:        **$11,733.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$583.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$300.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$750.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$1,000.00** |
| 18. Insurance: | **$110.05** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |

20. Payments to be Made Directly by Debtor to Secured Creditors for
    Pre-Petition Business Debts (Specify):

    **Mortgage payments on rent houses**    **$1,784.35**

21. Other (Specify):

    **Advertising**    **$200.00**

    **Property taxes on rental properties**    **$595.39**

22. Total Monthly Expenses (Add items 3 - 21):    **$5,322.79**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):    **$6,410.21**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **Robert Edwin Jacobsen**

CASE NO   **07-41092**

CHAPTER   **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $558,638.00 | | |
| B - Personal Property | Yes | 7 | $130,455.61 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $613,717.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $3,479,784.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $22,865.38 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $21,545.95 |
| TOTAL | | 21 | $689,093.61 | $4,093,502.10 | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  **Robert Edwin Jacobsen**                              CASE NO    **07-41092**

                                                              CHAPTER    **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |