THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 07-41092-R |
| ROBERT EDWIN JACOBSEN | § | |
| XXX-XX-2723 | § | CHAPTER 13 |
| 101 CN FREENVILLE ROAD | § | |
| NO. 259 | § | |
| ALLEN, TX  75002 | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | |

## CHAPTER 13 TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY (20) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW JANNA COUNTRYMAN, Trustee herein, and files this, her Motion to Convert Case to Chapter 7 in the above numbered and styled proceeding, and for cause would show the following:

1. The Debtor filed for voluntary relief under Chapter 13 of the Bankruptcy Code on May 25, 2007.

2. The Trustee now moves to convert this case to Chapter 7 based upon the following two grounds.

3. First, the Debtor does not qualify for relief under Chapter 13. Both unsecured debts and secured debts exceed the limits of Chapter 13 pursuant to 11 U.S.C. § 109(e).

4. The Debtor lists a debt to John and Bernadette Sramek of $1,627,536.38. The Debtor claims this debt is undisputed and contingent.

5. The claim, however, is at least in part based on contract.

6. Furthermore, the only possible contingency had occurred prior to the filing of this case, so the debt is no longer contingent.

7. The Debtor lists $613,717.54 in secured debt, but does not list any of the community debt on community real property purchased during his marriage recorded in the name of his wife.

8. The case should also be converted pursuant to 11 U.S.C. 1307 for cause.

9. The Debtor failed to disclose any of the community real property in his wife's name purchased during the marriage with community income.

10. Although the Debtor listed his wife as a spouse in the Statement of Financial Affairs, he misspelled her name. A search of property records would not show any real estate owned by her.

11. There are at least six real properties in his wife's name.

12. The Debtor acknowledges that his wife is in the process of selling at least one of the properties, but refused to agree not to sell assets until the Bankruptcy Court could determine that they were property of the estate pursuant to 11 U.S.C. § 541.

13. The Debtor has also been involved in several companies, some of which have been involved in large transfers, including a 60-foot yacht. The Debtor, or his companies, and his wife also have large transactions with a Belize company, the ownership of which is unclear.

14. The Debtor also lists several non-exempt assets with unknown value, and several non-exempt causes of action.

15. A Chapter 13 Trustee is not a party that can collect and liquidate assets.

16. The Debtor lists $3,479,784.56 in general unsecured debt and proposes a plan to pay unsecured creditors $27,000.00, or less than 1% of the claims.

17. The case should be converted to Chapter 7 to allow a Chapter 7 Trustee to collect assets and reduce them to money for a more meaningful distribution to unsecured creditors.

WHEREFORE PREMISES CONSIDERED, the Trustee moves that this case be converted to a case under Chapter 7 of the Bankruptcy Code and for other relief that may be just.

Respectfully submitted,

_____
Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Trustee's Motion to Convert Case to Chapter 7 has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail. If no address is listed, no notice was sent to that party.

ROSSINI & WAGNER PC
1201 MAIN STREET, SUITE 2470
DALLAS, TX 75202


ROBERT EDWIN JACOBSEN
101 CN FREENVILLE ROAD
NO. 259
ALLEN, TX 75002

and to the parties on the attached mailing matrix.

Dated 8/3/07

_____
Office of the Standing Chapter 13 Trustee

GeneralPleading

CASE NUMBER: 07-41092-R

ADVANTA BANK
P. O. BOX 8088
PHILADELPHIA, PA 19101-8088

AURORA LOAN SERVICES
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

AURORA LOAN SERVICES INC.
601 5TH AVENUE
P. O. BOX 1706
SCOTTSBLUFF, NE 69363-1706

BANK OF AMERICA
P. O. BOX 15026
WILMINGTON, DE 19850-5026

BERNADETTE SRAMEK
% HAROLD M. JAFFEE, ESQ.
3521 GRAND AVENUE
OAKLAND, CA 94610

BRIAN DAVIS, ESQ.
203 REDWOOD SHORES PARKWAY
SUITE 480
REDWOOD SHORES, CA 94065

BRICE, VANDER LINDEN & WERNICK
9441 LBJ FREEWAY, SUITE 350
P. O. BOX 829009
DALLAS, TX 75382-9009

CHASE
P. O. BOX 94014
PALATINE, IL 60094-4014

CITI CARDS
P. O. BOX 6000
THE LAKES, NV 89163-0001

CITIMORTGAGE
5280 CORPORATE DRIVE
FREDERICK, MD 21701

CITIMORTGAGE
P. O. BOX 6006
THE LAKES, NV 88901

CORY NICHOLS
1920 MONUMENT BOULEVARD
CONCORD, CA 94520

FORD MOTOR CREDIT
P. O. BOX 7172
PASADENA, CA 91109-7172

GENERAL MOTORS
DEPARTMENT 9600
CAROL STREAM, IL 60128

INTERNAL REVENUE SERVICE
P. O. BOX 21126
PHILADELPHIA, PA 19114-0326

JAMESON & DUNAGAN
3890 WEST NORTHWEST HIGHWAY
SUITE 550
DALLAS, TX 75220-8108

JOHN PITTS
2304 SKY HARBOR DRIVE
PLANO, TX 75025

JOHN SRAMEK
% HAROLD W. JAFFE, ESQ.
3521 GRAND AVENUE
OAKLAND, CA 94610

LAW OFFICE OF MICHAEL W. PERNA
ONE KAISER PLAZA, SUITE 750
OAKLAND, CA 94612-3611

LEXUS FINANCIAL SERVICES
P. O. BOX 0114
CITY OF INDUSTRY, CA 91716-0114

MARK PARKER
7804 STEPPINGTON DRIVE
PLANO, TX 75025

SAXON MORTGAGE
P. O. BOX 161489
FORT WORTH, TX 76161

SAXON MORTGAGE SERVICES
4708 MERCANTILE DRIVE NORTH
FORT WORTH, TX 76137-3605

SAXON MORTGAGE SERVICES, INC.
1270 NORTHLAND DRIVE
SUITE 200
MENDOTA HEIGHTS, MN 55120-1176

TIMOTHY CARLSON, CPA PC
% MALCOM A. KING, ESQ
1850 MOUNT DIABLO BLVD #445
WALNUT CREEK, CA 94579

US ATTORNEY
EASTERN DISTRICT OF TEXAS
110 NORTH COLLEGE, SUITE 700
TYLER, TX 75702-7237

US TRUSTEE
110 NORTH COLLEGE AVENUE
SUITE 300
TYLER, TX 75702-7231

WELLS FARGO
7412 JEFFERSON STREET NE
ALBUQUERQUE, NM 87109

WELLS FARGO
P. O. BOX 348750
SACRAMENTO, CA 95834

WELLS FARGO BANK
P. O. BOX 53476
MAC S4018-015
PHOENIX, AZ 85072-3476

WELLS FARGO BANK NA
P. O. BOX 4233
PORTLAND, OR 97208