William P. Rossini
State Bar No. 17309480
Rossini & Wagner PC
1201 Main Street, Suite 2470
Dallas, Texas 75202
(214) 979-7321 - Telephone
(214) 979-7301 - Facsimile
ATTORNEYS FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 07-41092 |
| ROBERT EDWIN JACOBSEN, | § | |
| | § | |
| | § | CHAPTER 13 |
| Debtor | § | |

## DEBTOR'S MOTION TO DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COME Robert Edwin Jacobsen, Debtor, and files this Motion to Dismiss and would show this Court as follows:

1. This case was filed on May 25, 2007. This case has not previously been converted to any other chapter. Pursuant to Bankruptcy Code § 1307(b) a Debtor has an absolute right to dismiss a Chapter 13 case.

2. Debtor hereby exercises his absolute right to dismiss pursuant to Bankruptcy Code § 1307(b).

3. Pursuant to Local Rule 1017(b) only the Chapter 13 Trustee need be notified of this Motion.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that this Court grant his Motion to Dismissed.

Respectfully submitted,

/s/ William P. Rossini
William P. Rossini
State Bar No. 17309480
Rossini & Wagner PC
1201 Main Street, Suite 2470
Dallas, Texas 75202
(214) 979-7321 - Telephone
(214) 979-7301 - Facsimile
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion for Enlargement of Time was served upon the following:

Chapter 13 Trustee
Janna L. Countryman
P.O. Box 941166
Plano, TX 75094-1166

Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

via electronic means or by U.S. First Class Mail, on August 2, 2007.

/s/ William P. Rossini
William P. Rossini