IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § | |
| ROBERT EDWIN JACOBSEN | § | Case No. 07-41092 |
| xxx-xx-2723 | § | |
| 15162 Snowshill Drive | § | |
| Frisco, Texas 75035 | § § § | |
| Debtor | § | Chapter 13 |

### ORDER GRANTING EXPEDITED HEARING
### ON MOTION TO SELL REAL PROPERTY

ON THIS DATE the Court considered the request for expedited hearing filed by Robert Edwin Jacobsen ("Movant") in conjunction with its Motion to Sell Real Property (the "Motion"), which was filed on August 8, 2007. The Court finds that the request complies with LBR 9007(c) and demonstrates that sufficient cause exists for the shortening the normal response time and scheduling and expedited hearing on the Motion. Accordingly,

**IT IS THEREFORE ORDERED** that the responses to the Motion shall be filed no later than August 13 2007.

**IT IS FURTHER ORDERED** that the request for expedited hearing is GRANTED and that a hearing on the Movant's Motion to Sell Real Property shall be held on August 14, 2007 at 11:45 a.m. in the Courtroom of the United States Bankruptcy Court, 500 North Central Expressway, Suite 350, Plano Texas 75074.

**IT IS FURTHER ORDERED** that the Movant or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 8/9/2007

*Brenda T. Rhoades* SR

**ORDER GRANTING EXPEDITED HEARING**      HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Dated: _____

Submitted by:

/s/ William P. Rossini
William P. Rossini
ROSSINI & WAGNER PC
1201 Main Street, Suite 2470
Dallas, Texas 75202
(214) 979-7321 - Telephone
(214) 979-7301 - Facsimile