William P. Rossini
State Bar No. 17309480
Rossini & Wagner PC
1201 Main Street, Suite 2470
Dallas, Texas 75202
(214) 979-7321 - Telephone
(214) 979-7301 – Facsimile

ATTORNEYS FOR DEBTOR


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 07-41092 |
| ROBERT EDWIN JACOBSEN, | § | CHAPTER 13 |
| | § | |
| | § | Hearing date:  Sept. 12, 2007 |
| Debtor | § | Hearing time:  2:00 PM |

### DEBTOR'S EXHIBIT AND WITNESS LIST

NOW COMES Robert E. Jacobsen, a Defendant and hereby designates the following witnesses or potential witnesses who may testify at the hearings on the Debtor's Motion to Dismiss Chapter 13 Case, and the Chapter 13 Trustee's Motion to Convert Case to Chapter 7, to be heard at the above date and time, and Exhibits which may be introduced by him at such hearings:

1.    Robert E. Jacobsen

2.    Any witness called by Plaintiff.

3.    Defendant reserves the right to call any witness as a rebuttal witness.

## DEBTOR'S EXHIBIT LIST

D-A:   Loan Application for Tahoe Lots, account ending 814A

D-B:   Settlement Statement for Tahoe Lots, account ending 814A

D-C:   Truth-In-Lending Disclosure Statement for Tahoe Lots, account ending 814A

D-D:   Short Form Deed of Trust and Assignment of Rents for Tahoe Lots, account
       ending 814A

D-E:   Loan Application for British American Yacht Corporation Ships Mortgage,
       account ending 107A

D-F:   Settlement Statement for British American Yacht Corporation Ships Mortgage,
       account ending 107A

D-G:   Truth-In-Lending Disclosure Statement for British American Yacht Corporation,
       account ending 107A

D-H:   Preferred Ship Mortgage for British American Yacht Corporation

D-I:   Loan Application for Alise Malikyar, account ending 802A

D-J:   Settlement Statement for Alise Malikyar, account ending 802A

D-K:   Truth-In-Lending Disclosure Statement for Alise Malikyar, account ending 802A

D-L:   Short Form Deed of Trust and Assignment of Rents for Alise Malikyar, account
       ending 802A

D-M:   Letter from Carlos A. Olmo to Rossini & Wagner with attached closing statement
       on home at 2324 Tice Valley Blvd. in Walnut Creek, CA

D-N:   North American Title Company Seller's Estimated Settlement Statement

D-O:   Pre-Nuptial Agreement dated July 17, 1999

D-P:    Marital Agreement dated September 11, 2001

D-Q:    The Debtor's documentation of self-employment income for two months prior to

the Debtor's bankruptcy petition

D-R:    All prior orders of this Court and pleadings or documents, reports or schedules,

filed in Case No. 07-41092, of which the Court may take judicial notice

Respectfully submitted,

ROSSINI & WAGNER PC
1201 Main Street, Suite 2470
Dallas, Texas 75202
(214) 979-7300 - Telephone
(214) 979-7301 - Facsimile

By: /s/ William P. Rossini
    William P. Rossini
    State Bar No. 17309480
ATTORNEYS FOR ROBERT E. JACOBSEN,
DEBTOR

<u>C</u>ERTIFICATE OF <u>S</u>ERVICE

The undersigned certifies that a true and correct copy of the foregoing Exhibit and Witness List was served upon:

Greg Arnove
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074

John E. Johnson
Bar Card No. 24025457
3890 W. Northwest Highway, Suite 550
Dallas, Texas 75220

John P. Lewis, Esq.
Law Office of John P. Lewis
1412 Main Street, Suite 210
Dallas, Texas 75202

electronically on this 6th day of September, 2007.

/s/ William P. Rossini
William P. Rossini