Form B6A
(10/05)

In re  **Robert Edwin Jacobsen**                                    Case No.  <u>**07-41092**</u> _____
                                                                                        (if known)

*AMENDED 3/13/2008*
# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint Or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 15162 Snowshill Dr., Frisco TX 75035 residential real property | Fee simple | C | $245,000.00 | $229,500.00 |
| 2304 Sky Harbor Dr., Plano TX 75025 residential real property | fee simple | C | $156,000.00 | $126,333.12 |
| 7804 Steppington Dr. Plano TX 75025 residential real property | fee simple | C | $144,000.00 | $143,427.42 |
| 3617 Sailmaker Dr., Plano, TX 75023 residential real property | Fee Simple | C | $155,000.00 | $133,880.84 |
| 3921 Acklin Drive, Plano TX 75025 residential real propety | fee simple | C | $165,000.00 | $171,516.36 |
| 1523 Appalachian Dr., Allen TX 75002 residential real property | fee simple | C | $142,000.00 | $124,280.46 |
| 1318 Normandy Lane, Allen TX 75002 residential real property | fee simple | C | $145,000.00 | $143,711.28 |
| 1309 Cassandra Ln., Allen TX 75002 residential real property | fee simple | C | $156,653.00 | $154,716.17 |
| 2324 Tice Valley, Walnut Creek CA 94595 residential real property | fee simple | C | $1,050,000.00 | $1,191,250.00 |
| 1523 Streams Way, Allen TX 75002 residential real propety | fee simple | C | $159,924.00 | $159,245.00 |

                                                                Total: **$2,518,577.00**
                                                          (Report also on Summary of Schedules)

Form B6B
(10/05)

In re  **Robert Edwin Jacobsen**                    Case No.   07-41092 _____
                                                              (if known)

*AMENDED 3/13/2008*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash in Debtor's wallet | C | $86.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account at Legacy Bank Plano Texas (overdrawn $41.62). | C | $0.00 |
| | | Checking Account at Wells Fargo Bank. Alamo, CA value negative (260.35) - | C | $0.00 |
| | | Checking account Wells Fargo, Alamo, CA | C | $397.83 |
| | | Checking account at Wells Fargo Bank, Alamo, CA (Altec) | C | $36.10 |
| | | Smith Barney brokerage account, Englewood Cliffs, NJ | C | $0.00 |
| | | PayPal account | C | $0.00 |
| | | Checking account at Washington Mutual. Walnut Creek, CA (overdrawn 189.08). | C | $0.00 |
| | | CitiBank Checking Account - Alise Malikyar Lafayette, CA | C | $13,864.34 |
| | | CitiBank Savings Account - Alise Malikyar Lafayette, CA | C | $10,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 60 inch projection TV | C | $500.00 |
| | | leather chair | C | $100.00 |
| | | coffee table | C | $100.00 |

In re  **Robert Edwin Jacobsen**                           Case No.  <u>**07-41092**</u>     <u>       </u>

                                                     (if known)

*AMENDED 3/13/2008*

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | small glass table | C | $50.00 |
| | | 2 pole lamps | C | $50.00 |
| | | 2 table lamps | C | $50.00 |
| | | small desk and chair | C | $50.00 |
| | | file cabinet for personal papers | C | $100.00 |
| | | kitchen utensils | C | $150.00 |
| | | vacuum | C | $35.00 |
| | | Craftsman 12 inch table saw | H | $200.00 |
| | | drill press | H | $50.00 |
| | | Ridgid brand planer | H | $100.00 |
| | | hand tools for woodworking | C | $100.00 |
| | | mohogany raw boards | H | $100.00 |
| | | Wall hangings and pictures on walls, couch, L sectional, couch and love seat, 2 old trunks, wooden bench and sewing machine, refrigerator, stove, 2 microwave ovens. | C | $2,400.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Book collection | C | $300.00 |
| 6. Wearing apparel. | | Men's shirts | C | $35.00 |
| | | Men's slacks | C | $200.00 |

In re  **Robert Edwin Jacobsen**                                    Case No.   <u>07-41092</u>
                                                                                          (if known)

*AMENDED 3/13/2008*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Men's formal wear | C | $100.00 |
| | | Wearing apparel for Alise Malikyar, including collection of shoes. | C | $500.00 |
| 7. Furs and jewelry. | | vintage watches from father | H | $100.00 |
| | | Costume jewelry and wife's wedding ring. | C | $1,300.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Ruger 9 mm handgun | C | $150.00 |
| | | Mossburg shotgun | C | $150.00 |
| | | Nikon camera | C | $50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |

In re  **Robert Edwin Jacobsen**                    Case No.   **07-41092** _____
                                                              (if known)

*AMENDED 3/13/2008*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | All of the stock in Humbolt Equities LLC | C | $1,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 1/3 undivided interest in the Rodalsen Partnership; partnership for real estate development | C | $800,000.00 |
| | | Joint Venture agreement with Materials Management (a Norwegian Corp.); agreement to remodel the 1054 Vista Bella, Lafayette, CA 94549, also Alise borrowed the purchase funds for 1054 Vista Bella, but is not the owner of the property.  Alise is entitled to one-half of the net gain on 1054 Vista Bella at the time of its sale. | C | Unknown |
| | | Joint Venture interest in Ghana export business. | C | Unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Promissory Note for $1,000,000 owed by REJ Properties, Inc. ("REJ"). | C | $1,000,000.00 |
| | | Claim against Cynthia Cox, attorney, for refund of  retainer for legal work never performed. | C | $12,000.00 |
| | | Civil Judgment against Amie Green for embezzlement of money and property. | C | $78,680.00 |

In re **Robert Edwin Jacobsen**
Case No. **07-41092** _____
(if known)

*AMENDED 3/13/2008*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Promissory Note, maker is John Bronson; Note is secured by a Deed of Trust on house and lot on 2313 Greenridge, Richmond, CA 94803 | C | $20,000.00 |
| | | Judgment against Romancing the Stone, Inc., Mark Shumdavar, Lorrie Mahar and David Mahar, the Supreme Court of the State of New York for the County of New York, for the sum of $9,497 plus costs of $936.70, bearing ten percent (10%) per annum; Judgment dated May 8, 2007. | C | $10,433.70 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Debtor is the assignee of the Plaintiff's claims in REJ Properties, Inc. v. Mort; Case No. RG06-275314. The lawsuit claims damages of $45,000., plus interest | C | $45,000.00 |
| | | Civil claim against John Shramek, Bernadette Sramek, Harold M. Jaffe, John S. Sramek, Jr. and Bernadette D. Sramek Revolcable Living Trust, and possbile unknown others, for wiretapping | C | $25,000,000.00 |
| | | Claim against John and Bernadette Sramek for slander of title on 2324 Tice Valley, Walnut Creek, CA. | C | $2,000,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Form B6B-Cont.
(10/05)

In re  **Robert Edwin Jacobsen**                                    Case No.   **07-41092** _____
                                                                              (if known)

*AMENDED 3/13/2008*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Ford Excursion | C | $5,000.00 |
| | | 2004 Lexus RX 330 | C | $17,650.00 |
| | | Honda 350 Motorcycle (not running) | C | $500.00 |
| | | 2001 BMW Z3 | C | $11,665.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Sony Vaio Laptop Computer | C | $1,000.00 |
| | | Fujitsu N Series Lifebook computer | C | $50.00 |
| | | Caliber desktop computer | C | $50.00 |
| | | Epson R800 printer | C | $100.00 |
| | | Brother MFC 9440 printer scanner | C | $300.00 |
| | | Desk | C | $50.00 |

In re  **Robert Edwin Jacobsen**                                    Case No.  **07-41092** _____

(if known)

*AMENDED 3/13/2008*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Chair | C | $15.00 |
| | | Phone system, Sony IT-M10 | C | $5.00 |
| | | Hon 4 drawer file cabinet | C | $50.00 |
| | | Hon Credenza | C | $50.00 |
| | | Hon 2 drawer lateral file | C | $50.00 |
| | | Computer software | C | $500.00 |
| | | TV, Philips 20 inch | C | $150.00 |
| | | computer sound system | C | $50.00 |
| | | book shelfs (2) | C | $50.00 |
| | | Brother portable printer | C | $25.00 |
| | | Canon portable printer | C | $25.00 |
| | | Treo cell phone | C | $50.00 |
| | | Motorola cell phone | C | $10.00 |
| | | Misc. office supplies | C | $500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Hairstyling equipment and supplies. | C | $900.00 |
| | | small hand tools and remodeling supplies. | C | $800.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

In re  **Robert Edwin Jacobsen**                              Case No.   <u>**07-41092**</u>   <u>                    </u>
                                                                                              (if known)

*AMENDED 3/13/2008*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Security deposits by tennants, as follows:<br>2304 Sky Harbor Dr., Plano TX:  $1,350.00<br>15162 Snowshill Dr., Frisco, TX: $1,750.00 | C | $3,100.00 |
| | | Security deposits by tennants, as follows:<br>3617 Sailmaker Dr., Plano, TX: $1,350.00<br>3921 Acklin Dr., Plano, TX: $1,300.00<br>1523 Appalachian Dr., Allen, TX: $1,350.00<br>1318 Normandy Ln., Allen, TX: 1,275 $1,200.00<br>1523 Streams Way, Allen, TX $1,395.00 | C | $6,595.00 |
| | | Debtor's funds in trust at the law firm of<br>O'Brien & Kelleher, LLP<br>1655 N. Main St., Suite 220<br>Walnut Creek, CA 94596-4642 | C | $11,758.64 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)     **Total  >**     **$29,059,566.61**

Form B6C
(04/07)

In re  **Robert Edwin Jacobsen**                                      Case No.  **07-41092** _____

(If known)

*AMENDED 3/13/2008*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.

☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| CitiBank Checking Account - Alise Malikyar Lafayette, CA | 11 U.S.C. § 522(d)(5) | $11,200.00 | $13,864.34 |
| 60 inch projection TV | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| leather chair | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| coffee table | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| small glass table | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 2 pole lamps | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 2 table lamps | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| small desk and chair | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| file cabinet for personal papers | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| kitchen utensils | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| vacuum | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| Craftsman 12 inch table saw | 11 U.S.C. § 522(d)(6) | $200.00 | $200.00 |
| drill press | 11 U.S.C. § 522(d)(6) | $50.00 | $50.00 |
| Ridgid brand planer | 11 U.S.C. § 522(d)(6) | $100.00 | $100.00 |
| hand tools for woodworking | 11 U.S.C. § 522(d)(6) | $100.00 | $100.00 |
| | | **$12,835.00** | **$15,499.34** |

In re **Robert Edwin Jacobsen**                    Case No.   **07-41092** _____
                                                                      (If known)

*AMENDED 3/13/2008*
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| mohogany raw boards | 11 U.S.C. § 522(d)(6) | $100.00 | $100.00 |
| Wall hangings and pictures on walls, couch, L sectional, couch and love seat, 2 old trunks, wooden bench and sewing machine, refrigerator, stove, 2 microwave ovens. | 11 U.S.C. § 522(d)(3) | $2,400.00 | $2,400.00 |
| Book collection | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| Men's shirts | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| Men's slacks | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Men's formal wear | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Wearing apparel for Alise Malikyar, including collection of shoes. | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| vintage watches from father | 11 U.S.C. § 522(d)(4) | $100.00 | $100.00 |
| Costume jewelry and wife's wedding ring. | 11 U.S.C. § 522(d)(4) | $1,250.00 | $1,300.00 |
| 2004 Lexus RX 330 | 11 U.S.C. § 522(d)(2) | $1,723.00 | $17,650.00 |
| 2001 BMW Z3 | 11 U.S.C. § 522(d)(2) | $0.00 | $11,665.00 |
| Desk | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Chair | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| TV, Philips 20 inch | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| computer sound system | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| book shelfs (2) | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Hairstyling equipment and supplies. | 11 U.S.C. § 522(d)(6) | $900.00 | $900.00 |
| | | **$20,758.00** | **$51,064.34** |

In re  **Robert Edwin Jacobsen**                    Case No.  **07-41092** _____
                                                                (If known)

*AMENDED 3/13/2008*
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| small hand tools and remodeling supplies. | 11 U.S.C. § 522(d)(6) | $575.00 | $800.00 |
| | | **$21,333.00** | **$51,864.34** |

In re  **Robert Edwin Jacobsen**                                        Case No.   **07-41092**
                                                                                (if known)

*AMENDED 3/13/2008*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx0551**<br><br>**Aurora Loan Services**<br>**10350 Park Meadows Drive**<br>**Littleton CO 80124** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**7804 Steppington Dr., Plano TX 75025**<br>REMARKS:<br><br>VALUE: **$144,000.00** | | | | **$28,227.42** | |
| ACCT #:<br><br>**Aurora Loan Services**<br>**10350 Park Meadows Drive**<br>**Littleton CO 80124** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**2304 Sky Harbor Dr., Plano TX 75025**<br>REMARKS:<br><br>VALUE: **$156,000.00** | | | | **$126,333.12** | |
| ACCT #:<br><br>**Aurora Loan Services**<br>**PO Box 173930**<br>**Denver, CO 80217-3930** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1309 Cassandra Ln., Allen TX 75002**<br>REMARKS:<br><br>VALUE: **$156,653.00** | | | | **$154,716.17** | |
| ACCT #: **xxxx6728**<br><br>**Aurura Loan Services**<br>**PO Box 78111**<br>**Phoenix, AZ 85062-8111** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**3921 Acklin Drive, Plano TX 75025**<br>REMARKS:<br><br>VALUE: **$165,000.00** | | | | **$137,817.36** | |
| | | | Subtotal (Total of this Page) > | | | | **$447,094.07** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**4**_____ continuation sheets attached

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re   **Robert Edwin Jacobsen**                                          Case No.   **07-41092**

                                                                                        (if known)

*AMENDED 3/13/2008*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx7486**<br><br>**Chase Bank**<br>**PO Box 78420**<br>**Phoenix, AZ 85062-8420** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1318 Normandy Lane, Allen TX 75002**<br>REMARKS:<br><br>VALUE: **$145,000.00** | | | | **$143,711.28** | |
| ACCT #: **xxxxxx0437**<br><br>**CitiMortgage**<br>**PO Box 6006**<br>**The Lakes, NV 88901-6006** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**3921 Acklin Drive, Plano TX 75025**<br>REMARKS:<br><br>VALUE: **$165,000.00** | | | | **$33,699.00** | **$6,516.36** |
| ACCT #:<br><br>**CitiMortgage Inc.**<br>**PO Box 6006**<br>**The Lakes NV 88901-6006** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1704 Steppington Dr., Plano TX**<br>REMARKS:<br><br>VALUE: **$144,000.00** | | | | **$115,200.00** | |
| ACCT #:<br><br>**Coast Capital Ltd.**<br>**2A South Park Blvd.**<br>**Belize City, Belize**<br>**Central America** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**2324 Tice Valley, Walnut Creek CA 94595**<br>REMARKS:<br><br>VALUE: **$1,050,000.00** | | | | **$195,000.00** | **$141,250.00** |

Sheet no. ___**1**___ of ___**4**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >   **$487,610.28**   **$147,766.36**

Total (Use only on last page) >

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

*AMENDED 3/13/2008*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx xx. xxx-x2000**<br><br>**Cory Nichols**<br>**Muir Executive Center**<br>**535 Main St., 3rd Floor**<br>**Martinee, CA 94553** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Money Judgment**<br>COLLATERAL:<br>**Judgment Lien**<br>REMARKS:<br>**Claim has been paid in full**<br><br>VALUE: **$0.00** | | | X | **$35,000.00** | **$35,000.00** |
| ACCT #: **xxxxx7782**<br><br>**Countrywide**<br>**P0 Box 650070**<br>**Dallas, TX 75265-0700** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1523 Streams Way, Allen TX  (zip code)**<br>REMARKS:<br><br>VALUE: **$159,924.00** | | | | **$159,245.00** | |
| ACCT #: **xxxx9052**<br><br>**Countrywide Home Loans**<br>**PO Box 650070**<br>**Dallas, TX 75265-0700** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**3617 Sailmaker Dr., Plano, TX 75023**<br>REMARKS:<br><br>VALUE: **$155,000.00** | | | | **$133,880.84** | |
| ACCT #:<br><br>**Ford Motor Credit**<br>**Po Box 7172**<br>**Pasedena CA 91109-7172** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Excursion SUV**<br>REMARKS:<br><br>VALUE: **$5,000.00** | | | | **$4,981.98** | |

Sheet no. ____2____ of ____4____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >     **$333,107.82**     **$35,000.00**

Total (Use only on last page) >

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re **Robert Edwin Jacobsen**                                          Case No. __07-41092__

                                                                                   (if known)

*AMENDED 3/13/2008*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx4903**<br><br>**Greenpoint Mortgage**<br>**PO Box 79363**<br>**City of Industry, CA 91716-9363** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**2324 Tice Valley, Walnut Creek CA 94595**<br>REMARKS:<br><br>VALUE: **$1,050,000.00** | | | | **$746,250.00** | |
| ACCT #:<br><br>**Lexus Financial Services**<br>**PO Box 0114**<br>**City of Industry, CA 91716-0114** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**RX 300 SUV**<br>REMARKS:<br><br>VALUE: **$17,650.00** | | | | **$15,927.00** | |
| ACCT #: **xxxxx-xxxxx4-002**<br><br>**Saxon Mortgage Services, Inc.**<br>**PO Box 161489**<br>**Fort Worth TX 76161-1489** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**15162 Snowshill Dr., Frisco TX 75035**<br>REMARKS:<br><br>VALUE: **$245,000.00** | | | | **$229,500.00** | |
| ACCT #:<br><br>**Timothy E. Carlson, CPA, PC**<br>**c/o Malcolm A. King**<br>**King & Barnard**<br>**1850 Mt. Diablo Blvd. Suite 445**<br>**Walnut Creek CA 94579** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Money Judgment**<br>COLLATERAL:<br>**Judgement Lien**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$47,530.00** | **$47,530.00** |

Sheet no. ___3___ of ___4___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$1,039,207.00** | **$47,530.00**

Total (Use only on last page) >

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re **Robert Edwin Jacobsen**          Case No.   **07-41092**

(if known)

*AMENDED 3/13/2008*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Wells Fargo Bank<br>PO Box 30427<br>Los Angeles, CA 90030-0427** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1523 Appalachian Dr., Allen TX 75002**<br>REMARKS:<br><br>VALUE: **$142,000.00** | | | | **$105,383.55** | |
| ACCT #: **xxxxxxxxxx0001**<br><br>**Wells Fargo Bank<br>PO Box 54189<br>Los Angeles, CA 90054-0180** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1523 Appalachian Dr., Allen TX 75002**<br>REMARKS:<br><br>VALUE: **$142,000.00** | | | | **$18,896.91** | |
| ACCT #: **651-04554074-1998**<br><br>**Wells Fargo Bank<br>PO Box 54780<br>Los Angeles, CA 90054-6401** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**2324 Tice Valley, Walnut Creek CA 94595**<br>REMARKS:<br><br>VALUE: **$1,050,000.00** | | | | **$250,000.00** | |
| | | | | | | | | |

Sheet no. ___**4**___ of ___**4**___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$374,280.46** | **$0.00** |
| Total (Use only on last page) > | **$2,681,299.63** | **$230,296.36** |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Official Form 6E (04/07)

In re  **Robert Edwin Jacobsen**                                          Case No.    07-41092
                                                                              (If Known)

*AMENDED 3/13/2008*
# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

*AMENDED 3/13/2008*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 5954**<br>**Advanta Bank Corp**<br>**PO Box 8088**<br>**Philalelphia PA 19101-8088** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $3,191.36 |
| ACCT #:  **xxxx xxxx xxxx 9609**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington DE 19850-5026** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**claim has been novated** | | | X | $21,488.95 |
| ACCT #:<br>**Bernadette Sramek**<br>**c/o Harold M. Jaffee, Esq.**<br>**3521 Grand Avenue**<br>**Oakland CA 94610** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Civil lawsuit**<br>REMARKS: | X | X | X | $1,627,536.38 |
| ACCT #:<br>**Brian Davis, Esq.**<br>**Davis, Bonino, Ellingson, McLay, Scott,**<br>**203 Redwood Shores Parkway**<br>**Suite 480**<br>**Redwood Shores CA 94065** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Services**<br>REMARKS: | | | X | $115,000.00 |
| ACCT #:  **xxxx xxxx xxxx 7454**<br>**Chase Card Services**<br>**PO Box 94014**<br>**Palatine IL 60094-4014** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**claim has been novated** | | | X | $11,501.35 |
| ACCT #:  **xxxx-xxxx-xxxx-0306**<br>**Citi Cards**<br>**PO Box 6000**<br>**The Lakes NV 89163-6000** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**claim has been novated** | | | X | $92,000.00 |
| | | | | | | Subtotal > | $1,870,718.04 |
| | | | | | | Total > | |

____**1**____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED 3/13/2008*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 6012**<br>**General Motors**<br>**Dept. 9600**<br>**Carol Stream IL 60128** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $753.02 |
| ACCT #:  **xxx. xxxx. xx. xx-x4076**<br>**John Sramek**<br>**c/o Harold M. Jaffe, Esq.**<br>**3521 Grand Avenue**<br>**Oakland CA 94610** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Civil Lawsuit**<br>REMARKS: | X | X | X | $1,627,536.38 |
| ACCT #:  **xxx xxx4639**<br>**Wells Fargo Bank NA**<br>**Po Box 4233**<br>**Portland OR 97208** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $19,033.68 |
| ACCT #:<br>**Wells Fargo Operation Center**<br>**Loan Servicing Payment Processing**<br>**7412 Jefferson Blvd NE**<br>**Albuquerque, NM 87109** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$1,647,323.08**

Total >  **$3,518,041.12**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Robert Edwin Jacobsen**                                    Case No.   **07-41092**

*AMENDED 3/13/2008*

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.
R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Andre Angel**<br>3921 Acklin Dr.<br>Plano, TX | Lease with Alise Malikyar dated 4/1/05, not month-to-month<br>Contract to be ASSUMED |
| **Britney Brothers and Justin Thomas**<br>1523 Streams Way<br>Allen, Texas 75002 | leased from Alise Malikyar for one year beginning 8/1/07<br>Contract to be ASSUMED |
| **Jim and Sharon Olsen**<br>3617 Sailmaker Drive<br>Plano, TX | Lease with Alise Malikyar dated 8/1/05; now month-to-month<br>Contract to be ASSUMED |
| **Joe and Lisa Ibanez**<br>1523 Appalachian Dr.<br>Allen, TX | Lease with Alise Malikyar for one year beginning 7/12/07<br>Contract to be ASSUMED |
| **John Pitts**<br>2304 Sky Harbor Dr.<br>Plano, TX 75025 | Lease of Debtor's residential property; Lease dated 7/1/04; is currently month-to-month<br>Contract to be ASSUMED |

In re  **Robert Edwin Jacobsen**                    Case No.  **07-41092**

*AMENDED 3/13/2008*
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mamoon Kundi**<br>1318 Normandy Lane<br>Allen, TX | Lease with Alise Malikyar beginning 9/29/06, now month-to-month<br>Contract to be ASSUMED |
| **Richard and Barbara Davis**<br>2324 Tice Valley<br>Walnut Creek, CA | month-to-month agreement to rent property from Alise Malikyar beginning 7/1/07<br>Contract to be ASSUMED |
| **Rick and Laurie Palmer**<br>15162 Snowshill Drive<br>Frisco, TX | lease with Debtor for one year term beginning 8/20/07<br>Contract to be ASSUMED |

Form B6H
(10/05)

In re  **Robert Edwin Jacobsen**                          Case No.   <u>07-41092</u> _____
                                                                        (if known)

*AMENDED 3/13/2008*
# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Aurora Loan Services**<br>10350 Park Meadows Drive<br>Littleton CO 80124 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Aurora Loan Services**<br>10350 Park Meadows Drive<br>Littleton CO 80124 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Aurora Loan Services**<br>PO Box 173930<br>Denver, CO 80217-3930 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Aurura Loan Services**<br>PO Box 78111<br>Phoenix, AZ 85062-8111 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Bernadette Sramek**<br>c/o Harold M. Jaffee, Esq.<br>3521 Grand Avenue<br>Oakland CA 94610 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Chase Bank**<br>PO Box 78420<br>Phoenix, AZ 85062-8420 |

In re  **Robert Edwin Jacobsen**                          Case No.   <u>**07-41092**</u> _____

                                                                              (if known)

*AMENDED 3/13/2008*
# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **CitiMortgage**<br>PO Box 6006<br>The Lakes, NV 88901-6006 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **CitiMortgage Inc.**<br>PO Box 6006<br>The Lakes NV 88901-6006 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Coast Capital Ltd.**<br>2A South Park Blvd.<br>Belize City, Belize<br>Central America |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Countrywide**<br>P0 Box 650070<br>Dallas, TX 75265-0700 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Countrywide Home Loans**<br>PO Box 650070<br>Dallas, TX 75265-0700 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Greenpoint Mortgage**<br>PO Box 79363<br>City of Industry, CA 91716-9363 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **John Sramek**<br>c/o Harold M. Jaffe, Esq.<br>3521 Grand Avenue<br>Oakland CA 94610 |

In re **Robert Edwin Jacobsen**                                    Case No.   **07-41092** _____
                                                                                          (if known)

*AMENDED 3/13/2008*
# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Saxon Mortgage Services, Inc.**<br>PO Box 161489<br>Fort Worth TX 76161-1489 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Wells Fargo Bank**<br>PO Box 30427<br>Los Angeles, CA 90030-0427 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Wells Fargo Bank**<br>PO Box 54189<br>Los Angeles, CA 90054-0180 |
| **Malikyar, Alise**<br>1054 Vista Bella<br>Lafayette, CA 94549 | **Wells Fargo Bank**<br>PO Box 54780<br>Los Angeles, CA 90054-6401 |

In re  **Robert Edwin Jacobsen**                                Case No.  __07-41092_____
                                                                              (if known)

*AMENDED 3/13/2008*
# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship: | Age: | Relationship: | Age: |

| Employment | Debtor | Spouse | |
|---|---|---|---|
| Occupation | self employed - real estate | Real Estate Investor | |
| Name of Employer | self employed | self | |
| How Long Employed | | | |
| Address of Employer | P.O. Box 1386 | P.O. Box 1386 | |
| | Lafayette CA 94549 | Lafayette, CA 94549 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | $0.00 | $0.00 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
|     b. Social Security Tax | $0.00 | $0.00 |
|     c. Medicare | $0.00 | $0.00 |
|     d. Insurance | $0.00 | $0.00 |
|     e. Union dues | $0.00 | $0.00 |
|     f. Retirement | $0.00 | $0.00 |
|     g. Other (Specify) _____ | $0.00 | $0.00 |
|     h. Other (Specify) _____ | $0.00 | $0.00 |
|     i. Other (Specify) _____ | $0.00 | $0.00 |
|     j. Other (Specify) _____ | $0.00 | $0.00 |
|     k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $16,275.00 | $17,695.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|     a._____ | $0.00 | $0.00 |
|     b._____ | $0.00 | $0.00 |
|     c._____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $16,275.00 | $17,695.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $16,275.00 | $17,695.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; | | $33,970.00 |

    if there is only one debtor repeat total reported on line 15)  (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor is a self-employed real estate broker/investor.  It is not known whether the Debtor's projected income will increase or decrease.**

IN RE:  **Robert Edwin Jacobsen**                    CASE NO   **07-41092**

                                                  CHAPTER   **7**

*AMENDED 3/13/2008*
# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $3,610.00 |
|    a. Are real estate taxes included?  ☐ Yes  ☑ No | |
|    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $250.00 |
|            b. Water and sewer | $80.00 |
|            c. Telephone | |
|            d. Other:  cable/Internet/fax | $114.00 |
| 3. Home maintenance (repairs and upkeep) | $200.00 |
| 4. Food | $500.00 |
| 5. Clothing | $300.00 |
| 6. Laundry and dry cleaning | $150.00 |
| 7. Medical and dental expenses | $25.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $200.00 |
| 10. Charitable contributions | $100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | |
|          c. Health | $425.00 |
|          d. Auto | $65.00 |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto:    2004 Lexus RS-330 | $779.95 |
|          b. Other:  Ford Excursion SUV | $830.00 |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $24,929.84 |
| 17.a. Other: | |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$32,758.79** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Expenditures will also change according to the Debtor's business activity, which will be dependent on market conditions.**

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $33,970.00 |
| b. Average monthly expenses from Line 18 above | $32,758.79 |
| c. Monthly net income (a. minus b.) | $1,211.21 |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re: **Robert Edwin Jacobsen**

CASE NO  **07-41092**

CHAPTER  **7**

*AMENDED 3/13/2008*
## EXHIBIT TO SCHEDULE J - BUSINESS INCOME AND EXPENSES

### Debtor- real estate investor\manager

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:         **$134,666.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:         **$16,275.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$300.00** |
| 14. Vehicle Expenses: | **$1,000.00** |
| 15. Travel and Entertainment: | **$750.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$1,000.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
|     **Mortgage payments on rent houses** | **$2,762.50** |
| 21. Other (Specify): | |
|     **Advertising** | **$100.00** |
|     **Property taxes on rental properties** | **$1,046.51** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$6,959.01** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):     **$9,315.99**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re: **Robert Edwin Jacobsen**

CASE NO **07-41092**

CHAPTER **7**

*AMENDED 3/13/2008*
## EXHIBIT TO SCHEDULE J - BUSINESS INCOME AND EXPENSES

*Continuation Sheet No. 1*

### Alise Malikyar - real estate investor

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:      **$110,937.35**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:      **$17,695.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$300.00** |
| 14. Vehicle Expenses: | **$200.00** |
| 15. Travel and Entertainment: | **$750.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
|     **mortgage payments on rent houses** | **$16,015.83** |
| 21. Other (Specify): | |
|     **Advertising** | **$200.00** |
|     **Property taxes on rent houses not escrowed** | **$505.00** |

    22. Total Monthly Expenses (Add items 3 - 21)      **$17,970.83**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):      **($275.83)**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **Robert Edwin Jacobsen**                                CASE NO    **07-41092**

CHAPTER    **7**

*AMENDED 3/13/2008*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $2,518,577.00 | | |
| B - Personal Property | Yes | 8 | $29,059,566.61 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $2,681,299.63 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $3,518,041.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $33,970.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $32,758.79 |
| TOTAL | | 29 | $31,578,143.61 | $6,199,340.75 | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  **Robert Edwin Jacobsen**               CASE NO   **07-41092**

CHAPTER  **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

### *AMENDED 3/13/2008*
### DECLARATION CONCERNING DEBTOR'S SCHEDULES

#### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**31**_____

(Total shown on summary page as attached plus 2.)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ *March 13, 08* _____          Signature _____

*Robert Edwin Jacobsen*

Date _____          Signature _____

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*