
03/18/2008

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:
Robert Edwin Jacobsen
101 CN Freenville Rd.
No. 259
Allen, TX 75002
SSN: XXX-XX-2723

Case No. 07-41092 btr
Chapter: 7

Debtor(s)

## ORDER STRIKING AMENDED SCHEDULE C

On **March 13, 2008**, *(a/an)* Amended Schedule C *(was/were)* filed by the Debtor(s), Robert Edwin Jacobsen , in the above-referenced case. The Court has reviewed the Amended Schedule C and finds that *(it/they) (is/are)* deficient for the reasons checked below:

☐ Failure of the Debtor(s) to file, with the Court, the signed original Declaration for Electronic Filing for Amended Schedule C as required by Local Bankruptcy Rule Appendix 5005.

☑ Failure to provide a certificate of service evidencing the service of an amended or supplemental claim of exemptions (Schedule C) upon all parties listed on the Master Mailing List (matrix). (Loc. R. Bankr. P. 1009(e)).

Accordingly, good cause exists for the entry of the following order:

**IT IS THERFORE ORDERED** that the Amended Schedule C filed by the Debtor(s) on **March 13, 2008** *(is/are)* hereby **STRICKEN** without prejudice to the re-filing of same in accordance with the Federal and Local Rules of Bankruptcy Procedure.

Signed on 3/18/2008

*Brenda T. Rhoades*     MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

cc: , Attorney for Debtor(s)
**Christopher Moser**, Trustee