JOYCE W. LINDAUER
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
PH  (972) 503-4033
FAX (972) 503-4034
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DIVISION OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| | } | |
| ROBERT EDWIN JACOBSEN, | } | CASE NO. 07-41092-R |
| | } | |
| | } | CHAPTER 7 |
| | } | |
| DEBTOR. | } | |

## MOTION TO REQUIRE CHAPTER 7
## TRUSTEE TO ABANDON REAL PROPERTY

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A
WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED
STATES BANKRUPTCY COURT, AND SERVED UPON THE PARTY FILING
THIS PLEADING WITHIN TWENTY (20) DAYS FROM THE DATE OF
SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR
FILING SUCH RESPONSE.  IF NO RESPONSE IS TIMELY SERVED AND
FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND
THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.
IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE
COURT WILL THEREAFTER STE A HEARING.  THE COURT RESERVES
THE RIGHT TO SEAT A HEARING IN ANY MATTER.


TO THE HONORABLE JUDGE BRENDA T. RHOADES,
U.S. BANKRUPTCY JUDGE:

COMES NOW Robert Edwin Jacobsen, the Debtor in the above-styled and numbered case and files this his Motion to Require Chapter 7 Trustee to Abandon Real Property and in support of same would show the Court as follows:

1. This Court has jurisdiction over this Motion pursuant to 11 U.S.C. Sections 1334 and 157.

2. The Debtor has scheduled the following real property as part of the bankruptcy case:

| House Address | Value Per Schedules Dated 3/13/08 | Secured Debt Per Schedules | Equity per Schedules | Closing Costs at 8% Equity after closing costs | Realtor's Sales Comps | Tax Value 2008 | Equity on Realtor's Comps |
|---|---|---|---|---|---|---|---|
| 7804 Steppington Dr. Plano, Texas | 144,000 | 143,427 | 573 | -10,947 | 79.73 at 1758= 140,165 | 154,237 | **-3,262** |
| 3921 Acklin Drive Plano, Texas | 165,000 | 171,516 | -6,516 | -19,716 | 88.66 at 1820= 161,361 | 192,861 | **-10,155** |
| 1318 Normandy Lane Allen, Texas | 145,000 | 143,711 | 1,289 | -10,311 | 75.14 at 1801= 135,327 | 151,879 | **-8,384** |
| 1309 Cassandra Lane Allen, Texas | 156,653 | 154,716 | 1,937 | -10,595 | 73.25 at 1931= 141,445 | 163,205 | **-13,271** |

None of the above-mentioned properties have equity in them for the estate. In fact the only value to the estate in these properties is through a manipulation or cramdown arrangement with the secured lenders. Such arrangement would clearly penalize the non-debtor liable on the mortgages and the tenants who occupy such properties under lease

agreements. The value of such properties is only being further eroded by the lack of the payment of the mortgages on the properties, the taxes and the insurance.

3. Because of the lack of equity in the properties and the potential of harm to third parties from delaying such abandonment the Debtor urges the Court to abandon the real property and associated rents.

WHEREFORE PREMISES CONSIDERED Debtor prays the Court grant this Motion and for such other and further relief to which the Debtor may show himself entitled.

**DATE** May 13, 2008

Respectfully submitted,

**Joyce W. Lindauer**
**Attorneys at Law**
**8140 Walnut Hill Lane**
**Suite 301**
**Dallas, Texas 75231**
**(972) 503-4033**
**(972) 503-4034 Fax**
**ATTORNEY FOR DEBTOR**

By: **/s/  Joyce W. Lindauer**
**Joyce W. Lindauer**
**SBN: 21555700**

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008 a true and correct copy of the foregoing document was sent by first class, United States mail to those persons on the attached Service List and was served by electronic filing on the Office of the U.S. Trustee, Chapter 7 Trustee and counsel for the Chapter 7 Trustee on May 13, 2008.

/s/ Joyce W. Lindauer
Joyce W. Lindauer

Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, Texas, 75702

Daniel C. Durand III
Druand & Associates, P.C.
522 Edmonds, Suite 101
Lewisville, TX 75056

Mary Daffin
Barrett, Burke Wilson
Suite 550
Castle, Daffin & Frappier, LLP
Houston, TX 77056

Michael Crane
6486 Bordeaux
Dallas, TX 75209

Christopher J. Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Saxon Mortgage
270 Northland Drive, Suite 200
Mendota Heights, MN 55120

Wells Fargo Bank
P.O. Box 53476
Phoenix, AZ 85072

Gabrielle A. Hamm, Esq.
16200 Addison Road, Suite 140
Dallas, TX 75231

John P. Lewis, Esq.
1412 Main Street, Suite 210
Dallas, TX 75202

John. E. Johnson, Esq
3890 W. Northwest Hwy.

Dallas, TX 75220

Ginger Colville, Exq.
P.O. Box 11509
Fort Worth, TX 76110

Alise Malikyar
P.O. Box 1386
Lafayette, CA 94549