IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 07-41092-BTR |
| **ROBERT EDWIN JACOBSEN** | § | |
| | § | |
| xxx-xx-2723 | § | |
| | § | |
| P.O. Box 1386 | § | Chapter 7 |
| Lafayette, CA 94549 | § | |
| | § | |
| Debtor. | § | |

**TRUSTEE'S OBJECTION TO EMERGENCY MOTION TO REQUIRE
CHAPTER 7 TRUSTEE TO ABANDON MALPRACTICE CAUSES OF ACTION**

Christopher J. Moser, Chapter 7 Trustee ("Trustee"), files this Objection to Emergency Motion to Require Chapter 7 Trustee to Abandon Malpractice Causes of Action and would respectfully show the Court as follows:

1. Trustee admits the allegations contained in paragraph 1 of the Motion.

2. Trustee admits the allegations contained in paragraph 2 of the Motion.

3. Trustee is without sufficient knowledge to admit or deny the allegations contained in paragraph 3 of the Motion.

4. Trustee denies the allegations contained in paragraph 4 of the Motion.

5. Trustee denies the allegations contained in paragraph 5 of the Motion.

6. The Trustee has two years after the bankruptcy was filed to pursue any claims. Accordingly, there is no emergency and the Motion should be denied. The Debtor, seemingly, creates his own emergency by failing to originally list his assets as he was required to do.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the Court deny the Motion and for such other and further relief as he may show himself justly entitled.

Respectfully submitted,

SINGER & LEVICK, P.C.

By: /s/Larry A. Levick
Larry A. Levick
State Bar No. 12252600
Gabrielle A. Hamm
State Bar No. 24041047

16200 Addison Road, Suite 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748

Attorneys for Christopher J. Moser, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection has been served on the parties listed on the attached service list via United States First Class Mail, postage prepaid, or via electronic notification pursuant to the ECF procedures in this District on this 29th day of May, 2008.

/s/Larry A. Levick
Larry A. Levick

Robert Edwin Jacobsen
P.O. Box 1386
Lafayette, CA  94549

John E. Johnson
Jameson and Dunagan, P.C.
3890 W Northwest Highway, Suite 550
Dallas, TX 75220

William Paul Rossini
Rossini & Wagner PC
1201 Main Street
Suite 2470
Dallas, TX 75202

John P. Lewis, Jr.
1412 Main Street, Suite 210
Dallas, TX 75202

Marcus Salitore
Office of the United States Trustee
110 N. College Ave., Room 300
Tyler, TX 75702

Christopher Moser, Trustee
2001 Bryan Street, Suite 1800
Dallas, Texas  75201

Harold M. Jaffe, Esq.
3521 Grand Avenue
Oakland, CA  94610-2011

James L. Schutza
7920 Beltline Rd., Ste. 650
Dallas, Texas  75254

Joyce W. Lindauer
8140 Walnut Hill Lane, Ste. 301
Dallas, Texas  75231