Barrett Daffin Frappier Turner & Engel, L.L.P.
1900 St. James Place, Suite 500
Houston, Texas 77056
(713) 621-8673

Attorney for COUNTRYWIDE HOME LOANS, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-41092-BTR-7 |
| | § | |
| ROBERT EDWIN JACOBSEN, | § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| COUNTRYWIDE HOME LOANS, INC. | § | |
| ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN INTEREST, | § | |
| Movant | § | HEARING DATE:_____ |
| | § | |
| v. | § | TIME:_____ |
| | § | |
| ROBERT EDWIN JACOBSEN; and | § | |
| CHRISTOPHER J. MOSER, | § | |
| Trustee | § | |
| Respondents | § | JUDGE BRENDA T. RHOADES |

**PLEASE BE ADVISED THAT IT IS THE INTENTION OF MOVANT TO OFFER INTO EVIDENCE AT ANY HEARING ON THE MOTION THIS AFFIDAVIT AND PAYMENT HISTORY PURSUANT TO THE FEDERAL RULES OF EVIDENCE, RULE 902(11). THIS AFFIDAVIT AND PAYMENT HISTORY ARE BEING PROVIDED TO YOU IN ADVANCE AS AN ADVERSE PARTY IN ORDER TO ALLOW YOU A FAIR OPPORTUNITY TO CHALLENGE SAID RECORDS. YOU ARE HEREBY PLACED ON NOTICE OF THIS INTENTION AS REQUIRED BY THE FEDERAL RULES OF EVIDENCE, RULE 902(11).**

### AFFIDAVIT OF MONA GRANDISON FOR COUNTRYWIDE HOME LOANS, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

MONA GRANDISON being duly sworn deposes and says:

1.     That affiant is the authorized representative of COUNTRYWIDE HOME LOANS, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST and authorized to make this affidavit. I have the care, custody and control of all records concerning the account with Debtor(s). All facts recited herein are within my personal knowledge and are true and correct.

2.     These records show that COUNTRYWIDE HOME LOANS, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST is the Owner or Servicer of the Note executed on December 01, 2005 in the original principal amount of ONE HUNDRED SIXTY THOUSAND FIVE HUNDRED FIFTY DOLLARS AND ZERO CENTS ($160,550.00).

3.     These records show that said Note is secured by a Deed of Trust. A true and correct copy of said Deed of Trust is attached to Movant's Motion for Relief from Stay. Said Deed of Trust represents a valid indebtedness. The property address is 1523 STREAMS WAY, ALLEN, TX 75002.

4.     The Books and Records of COUNTRYWIDE HOME LOANS, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST show that:

    a.     The outstanding principal balance is $156,924.67.

    b.     That interest accrues from 12/01/2007 at the rate of 6.6250% per annum.

    c.     The contractual due date of the account is 01/01/2008. The last payment received and applied to the account was on 12/11/2007.

    d.     That the account is due contractually for:
    (Monthly)   at   (Payment Amt.)
    1.   01/01/2008   $1,677.76
    2.   02/01/2008   $1,677.76
    3.   03/01/2008   $1,677.76
    4.   04/01/2008   $1,677.76
    5.   05/01/2008   $1,677.76
    6.   06/01/2008   $1,677.76
    7.   07/01/2008   $1,677.76

An additional payment in the amount of $1,677.76 shall become due on 08/01/2008.

That the accumulated late charge through 07/09/2008 totals $0.00.

    e.     That the total amount necessary to reinstate the account post-petition through 07/09/2008 is $11,744.32 plus attorney fees & costs.

5. A true and correct copy of an accounting of the payments made on this loan is attached hereto. This accounting is kept in the normal course and scope of the business activity of COUNTRYWIDE HOME LOANS, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, and constitutes a business record of COUNTRYWIDE HOME LOANS, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

_____
MONA GRANDISON

Subscribed and sworn to me the undersigned authority of this __16th__ day of July, 2008.

My Commission Expires: 4/18/08

_____
Notary Public in and for the
State of Texas



HEATHER N. FRENCH
Notary Public, State of Texas
My Commission Expires
April 18, 2010

# Payment / Escrow Detail

Please select a date range:
From: 12/1/2005   To: 7/16/2008   Sort by Date: Descending 

Payment Detail 12/1/2005 to 7/16/2008

| Date | Transaction Description | Amount | Principal | Interest | Escrow | Late Charges Balance | Paid | Optional Insurance |
|---|---|---|---|---|---|---|---|---|
| 6/11/2008 | PMI payment | ($149.23) | $0.00 | $0.00 | ($149.23) | $0.00 | $0.00 | $0.00 |
| 5/27/2008 | Homeowners ins pmt | ($994.00) | $0.00 | $0.00 | ($994.00) | $0.00 | $0.00 | $0.00 |
| 5/12/2008 | PMI payment | ($149.23) | $0.00 | $0.00 | ($149.23) | $0.00 | $0.00 | $0.00 |
| 4/11/2008 | PMI payment | ($149.23) | $0.00 | $0.00 | ($149.23) | $0.00 | $0.00 | $0.00 |
| 3/12/2008 | PMI payment | ($149.23) | $0.00 | $0.00 | ($149.23) | $0.00 | $0.00 | $0.00 |
| 2/14/2008 | PMI payment | ($149.23) | $0.00 | $0.00 | ($149.23) | $0.00 | $0.00 | $0.00 |
| 1/22/2008 | Payment reversal | ($1,677.76) | ($161.67) | ($866.35) | ($649.74) | $0.00 | $0.00 | $0.00 |
| 1/14/2008 | PMI payment | ($149.23) | $0.00 | $0.00 | ($149.23) | $0.00 | $0.00 | $0.00 |
| 1/11/2008 | Payment | $1,677.76 | $161.67 | $866.35 | $649.74 | $0.00 | $0.00 | $0.00 |
| 12/24/2007 | County tax pmt | ($4,343.47) | $0.00 | $0.00 | ($4,343.47) | $0.00 | $0.00 | $0.00 |
| 12/13/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 12/11/2007 | Payment | $1,677.76 | $160.78 | $867.24 | $649.74 | $0.00 | $0.00 | $0.00 |
| 11/26/2007 | Homeowners ins pmt | ($940.00) | $0.00 | $0.00 | ($940.00) | $0.00 | $0.00 | $0.00 |
| 11/14/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 11/12/2007 | Payment | $1,677.76 | $159.89 | $868.13 | $649.74 | $0.00 | $0.00 | $0.00 |
| 10/12/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 10/11/2007 | Payment | $1,677.76 | $159.02 | $869.00 | $649.74 | $0.00 | $0.00 | $0.00 |
| 9/13/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 9/11/2007 | Payment | $1,677.76 | $158.14 | $869.88 | $649.74 | $0.00 | $0.00 | $0.00 |
| 8/14/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 8/13/2007 | Payment | $1,677.76 | $157.28 | $870.74 | $649.74 | $0.00 | $0.00 | $0.00 |
| 7/12/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 7/11/2007 | Payment | $1,677.76 | $156.41 | $871.61 | $649.74 | $0.00 | $0.00 | $0.00 |
| 6/15/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 6/11/2007 | Payment | $1,677.76 | $155.55 | $872.47 | $649.74 | $0.00 | $0.00 | $0.00 |
| 5/15/2007 | Payment | $1,637.41 | $154.70 | $873.32 | $609.39 | $0.00 | $0.00 | $0.00 |
| 5/14/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 4/12/2007 | Payment | $1,637.41 | $153.85 | $874.17 | $609.39 | $0.00 | $0.00 | $0.00 |
| 4/11/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 3/14/2007 | Payment | $1,667.41 | $153.00 | $875.02 | $609.39 | $0.00 | $30.00 | $0.00 |
| 3/13/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | ($30.00) | $0.00 | $0.00 |
| 3/6/2007 | Payment | $1,658.81 | $152.16 | $875.86 | $609.39 | ($30.00) | $21.40 | $0.00 |
| 3/6/2007 | Misc posting | ($21.40) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/13/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 2/2/2007 | Payment | $1,710.21 | $151.33 | $876.69 | $609.39 | $0.00 | $51.40 | $0.00 |
| 2/2/2007 | Misc posting | ($72.80) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Date | Type | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/22/2007 | Payment | $1,761.61 | $150.50 | $877.52 | $609.39 | $0.00 | $51.40 | $0.00 |
| 1/22/2007 | Misc posting | ($21.40) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/11/2007 | PMI payment | ($151.14) | $0.00 | $0.00 | ($151.14) | $0.00 | $0.00 | $0.00 |
| 12/26/2006 | Misc posting | ($30.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/22/2006 | County tax pmt | ($4,644.64) | $0.00 | $0.00 | ($4,644.64) | $0.00 | $0.00 | $0.00 |
| 12/22/2006 | Payment | $1,939.33 | $149.67 | $878.35 | $609.39 | $0.00 | $250.52 | $0.00 |
| 12/12/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | ($199.12) | $0.00 | $0.00 |
| 11/14/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | ($199.12) | $0.00 | $0.00 |
| 11/10/2006 | Homeowners ins pmt | ($1,041.00) | $0.00 | $0.00 | ($1,041.00) | ($199.12) | $0.00 | $0.00 |
| 10/23/2006 | Payment | $1,639.03 | $148.85 | $879.17 | $609.39 | ($199.12) | $1.62 | $0.00 |
| 10/10/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | ($149.34) | $0.00 | $0.00 |
| 9/19/2006 | Payment | $1,639.03 | $148.03 | $879.99 | $609.39 | ($149.34) | $1.62 | $0.00 |
| 9/14/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | ($99.56) | $0.00 | $0.00 |
| 8/17/2006 | Payment | $1,639.03 | $147.22 | $880.80 | $609.39 | ($99.56) | $1.62 | $0.00 |
| 8/11/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | ($49.78) | $0.00 | $0.00 |
| 7/18/2006 | Payment | $1,639.03 | $146.41 | $881.61 | $609.39 | ($49.78) | $1.62 | $0.00 |
| 7/13/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | $0.00 | $0.00 | $0.00 |
| 6/20/2006 | Escrow shortage pmt | $9.44 | $0.00 | $0.00 | $9.44 | $0.00 | $0.00 | $0.00 |
| 6/20/2006 | Misc posting | ($9.44) | $0.00 | $0.00 | ($9.44) | $0.00 | $0.00 | $0.00 |
| 6/14/2006 | Misc posting | $0.83 | $0.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/14/2006 | Payment | $1,638.20 | $145.60 | $882.42 | $610.18 | $0.00 | $0.00 | $0.00 |
| 6/12/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | $0.00 | $0.00 | $0.00 |
| 5/15/2006 | Payment | $1,639.03 | $144.80 | $883.22 | $611.01 | $0.00 | $0.00 | $0.00 |
| 5/12/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | $0.00 | $0.00 | $0.00 |
| 4/13/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | $0.00 | $0.00 | $0.00 |
| 4/12/2006 | Payment | $1,639.03 | $144.01 | $884.01 | $611.01 | $0.00 | $0.00 | $0.00 |
| 3/15/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | $0.00 | $0.00 | $0.00 |
| 3/6/2006 | Payment | $1,639.03 | $143.22 | $884.80 | $611.01 | $0.00 | $0.00 | $0.00 |
| 2/15/2006 | PMI payment | ($152.52) | $0.00 | $0.00 | ($152.52) | $0.00 | $0.00 | $0.00 |
| 2/3/2006 | Payment | $1,639.03 | $142.43 | $885.59 | $611.01 | $0.00 | $0.00 | $0.00 |
| 1/13/2006 | Payment | $1,639.03 | $141.65 | $886.37 | $611.01 | $0.00 | $0.00 | $0.00 |
| 12/12/2005 | Tax deposit | $916.90 | $0.00 | $0.00 | $916.90 | $0.00 | $0.00 | $0.00 |


Equal Housing Lender.© 2008 Countrywide Financial Corp. Trade/service marks are the property of Countrywide Credit Industries, Inc., and/or its subsidiaries. Some products may not be available in all states. Terms and Conditions of Use Countrywide's Privacy and Security Statement