IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-41092-BTR-7 |
| | § | |
| ROBERT EDWIN JACOBSEN, | § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| COUNTRYWIDE HOME LOANS | § | |
| SERVICING, L.P. ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN INTEREST, | § | |
| Movant | § | FINAL HEARING DATE: 09/09/2008 |
| | § | |
| v. | § | TIME: 10:15 AM |
| | § | |
| ROBERT EDWIN JACOBSEN; | § | |
| CHRISTOPHER J. MOSER, | § | |
| Trustee | § | |
| Respondents | § | JUDGE BRENDA T. RHOADES |

EOD 12/31/2008

**AGREED ORDER GRANTING MOTION
FOR RELIEF FROM STAY OF ACTION PURSUANT TO 11
U.S.C. § 362(a) AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO
11 U.S.C. §362(e) FILED
BY
COUNTRYWIDE HOME LOANS SERVICING, L.P. ITS ASSIGNS AND/OR
SUCCESSORS IN INTEREST**

On this day came on before the Court the Motion of COUNTRYWIDE HOME LOANS SERVICING, L.P. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from the Automatic Stay. The Court is advised that the parties agree that the Chapter 7 Trustee shall have 120 days in which to market and sell the hereinafter described property. In the event the property is not sold and Movant paid in full, the automatic stay shall terminate, at midnight, **JANUARY 07, 2009**. Therefore, it is

ORDERED that the Chapter 7 Trustee shall have 120 days in which to market and sell the hereinafter described property. In the event the property is not sold and Movant paid in full,

the automatic stay of 11 U.S.C. §362 shall terminate, at midnight, **JANUARY 07, 2009** with respect to Movant on the following described property, to wit:

> BEING LOT 9 IN BLOCK D2 OF LOST CREEK RANCH PHASE 2A, AN ADDITION TO THE CITY OF ALLEN, COLLIN COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF RECORDED IN VOLUME N, PAGE 475 OF THE MAP RECORDS OF COLLIN COUNTY, TEXAS

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and COUNTRYWIDE HOME LOANS SERVICING, L.P. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay. It if further

ORDERED that if on January 7, 2009, there is a pending application to sell the property or there is an order authorizing a sale for an amount sufficient to pay Movant's lien in full, Movant shall not foreclose on the property and the Trustee shall have an additional forty-five (45) days from January 7, 2009 in which to close the sale. In the event the Trustee does not close on the property by the end of the forty-five (45) day period, Movant shall be entitled to proceed with foreclosure on the property. It is further

ORDERED that if Movant seeks to recover attorney's fees incurred after the date of this Order, Movant shall file an application for compensation in accordance with Federal Bankruptcy Rule 2016.

Signed on 12/30/2008

_Brenda T. Rhoades_  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ PAUL KIM
    PAUL KIM
    TBA NO. 24001182
    1900 St. James Place, Suite 500
    Houston, Texas 77056
    Telephone: (713) 621-8673
    Facsimile: (972) 661-7702
    E-mail: EDECF@BBWCDF.COM
    ATTORNEY FOR MOVANT

GABRIELLE A. HAMM    TBA. No. 24041047
SINGER & LEVICK, P.C.
16200 ADDISON ROAD, STE. 140
ADDISON, TEXAS 75001
HAMM@SINGLERLEVICK.COM
972-380-5533

ATTORNEY FOR ~~DEBTOR~~ Chapter 7 Trustee

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ PAUL KIM
    PAUL KIM                                    GABRIELLE A. HAMM

| | |
|---|---|
| PAUL KIM | GABRIELLE A. HAMM |
| TBA NO. 24001182 | TBA NO.: 24041047 |
| 1900 St. James Place, Suite 500 | SINGER & LEVICK, P.A. |
| Houston, Texas 77056 | 16200 ADDISON RD., STE. 140 |
| Telephone: (713) 621-8673 | ADDISON, TEXAS 75001 |
| Facsimile: (972) 661-7702 | HAMM@SINGLERLEVICK.COM |
| E-mail: EDECF@BBWCDF.COM | 972-380-5533 |
| ATTORNEY FOR MOVANT | ATTORNEY FOR CHAPTER 7 TRUSTEE |