

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-41092-BTR-7 |
| | § | |
| ROBERT EDWIN JACOBSEN, | § | |
|    Debtor | § | CHAPTER 7 |
| | § | |
| COUNTRYWIDE HOME LOANS | § | |
| SERVICING, L.P. ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|    Movant | § | FINAL HEARING DATE: 01/21/2009 |
| | § | |
| v. | § | TIME: 10:00 AM |
| | § | |
| ROBERT EDWIN JACOBSEN; | § | |
| CHRISTOPHER J. MOSER, | § | |
| Trustee | § | |
|    Respondents | § | JUDGE BRENDA T. RHOADES |

**AGREED ORDER GRANTING MOTION
FOR RELIEF FROM STAY OF ACTION PURSUANT TO 11 U.S.C. §362(a)
AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO
11 U.S.C. §362(e) FILED
BY
<u>COUNTRYWIDE HOME LOANS SERVICING, L.P. ITS ASSIGNS AND/OR
SUCCESSORS IN INTEREST</u>**

On this day came on before the Court the Motion of COUNTRYWIDE HOME

LOANS SERVICING, L.P. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST,

Movant, for Relief from the Automatic Stay. The Court is advised that the parties agree that the

Chapter 7 Trustee shall have 180 days in which to market and sell the hereinafter described property.

In the event the property is not sold and Movant paid in full, the automatic stay shall terminate, at

midnight, **JULY 20, 2009**. Therefore, it is

ORDERED that the Chapter 7 Trustee shall have 180 days in which to market and sell the hereinafter described property. In the event the property is not sold and Movant paid in full, the automatic stay of 11 U.S.C. §362 shall terminate, at midnight, **JULY 20, 2009** with respect to Movant on the following described property, to wit:

> LOT 14, BLOCK C, OF BILTMORE SWIM & RACQUET CLUB PHASE ONE REPLAT, AN ADDITION TO THE CITY OF PLANO, COLLIN COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME C, PAGE 475, MAP RECORDS, COLLIN COUNTY, TEXAS.

It is further

ORDERED that if on July 20, 2009, there is a pending application to sell the property or there is an order authorizing a sale for an amount sufficient to pay Movant's lien in full, Movant shall not foreclose on the property and the Trustee shall have an additional forty-five (45) days from July 20, 2009 in which to close the sale. In the event the Trustee does not close on the property by end of the forty-five (45) day period Movant shall foreclose on the property.

It is further

ORDERED that if Movant seeks to recover attorneys' fees incurred after the date of this Order, Movant shall file an application for compensation in accordance with Federal Bankruptcy Rule 2016.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and COUNTRYWIDE HOME LOANS SERVICING, L.P. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

Signed on 1/30/2009

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY:/s/ PAUL KIM
    PAUL KIM
    TX NO. 24001182
    15000 SURVEYOR BLVD. SUITE 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    Facsimile: (972) 341-0502
    E-mail: EDECF@BBWCDF.COM
    ATTORNEY FOR MOVANT

GABRIELLE A. HAMM
STATE BAR NO. ~~12252600~~ 24041047
16200 ADDISON RD., STE. 140
ADDISON, TEXAS 75001
ATTORNEY FOR TRUSTEE

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ PAUL KIM

| PAUL KIM | GABRIELLE A. HAMM |
| --- | --- |
| TX NO. 24001182 | STATE BAR NO. 12252600 |
| 15000 SURVEYOR BLVD. SUITE 100 | 16200 ADDISON RD., STE. 140 |
| ADDISON, TX 75001 | ADDISON, TEXAS 75001 |
| Telephone: (972) 341-0500 | ATTORNEY FOR TRUSTEE |
| Facsimile: (972) 341-0502 | |
| E-mail: EDECF@BBWCDF.COM | |
| ATTORNEY FOR MOVANT | |