

02/17/2009

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 07-41092-BTR** |
| **ROBERT EDWIN JACOBSEN** | § | |
| | § | |
| xxx-xx-2723 | § | |
| | § | |
| P.O. Box 1386 | § | **Chapter 7** |
| Lafayette, CA  94549 | § | |
| | § | |
| **Debtor.** | § | |

## AGREED ORDER ON MOTION TO REQUIRE
## CHAPTER 7 TRUSTEE TO ABANDON REAL PROPERTY

Came on for consideration the Debtor's *Motion to Require the Chapter 7 Trustee to Abandon Real Property*.  The Court, finding that service of the Motion was proper and that the parties have reached an agreement, orders as follows:

The property located at 7804 Steppington Drive, Plano, Texas and the property located at 1309 Cassandra Lane, Allen, Texas shall be deemed abandoned immediately upon entry of this Order.  It is further

ORDERED that with respect to the property located at 3921 Acklin Drive, Plano, Texas, the relief requested by the Debtor is moot as the Court entered the *Agreed Order Authorizing Trustee to Sell Real Property Free and Clear of All Liens, Claims and Encumbrances Located at 3921 Acklin Drive, Plano, Texas* on July 24, 2008, and the property was subsequently sold.  It is further

ORDERED that the property located at 1318 Normandy Lane, Allen, Texas shall be deemed abandoned at midnight, March 8, 2009.  However, if on March 8, 2009, there is a pending application to sell the property or there is an order authorizing a sale, the Trustee shall have an additional forty-five (45) days from March 8, 2009 in which to close the sale.  In the

event the Trustee does not close on the property by end of the forty-five (45) day period, the property shall be deemed abandoned at the end of the 45-day period. It is further

ORDERED that all rental payments collected by the Trustee or rental obligations accrued in connection with any of the properties abandoned or deemed abandoned by this order, prior to the date on which such property is abandoned or deemed abandoned, are not deemed abandoned by this order.

Signed on 2/17/2009

*Brenda T. Rhoades* SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

/s/ Gabrielle A. Hamm

Larry A. Levick
State Bar No. 12252600
Gabrielle A. Hamm
State Bar No. 24041047
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
Telephone:    (972) 380-5533
Telecopy:      (972) 380-5748
levick@singerlevick.com
hamm@singerlevick.com

**ATTORNEYS FOR CHAPTER 7 TRUSTEE**

/s/  Joyce W. Lindauer (*signature on file with Trustee's counsel*)

Joyce W. Lindauer
State Bar No. 21555700
8140 Walnut Hill Lane, Suite 301
Dallas, TX 75231
(972)503-4033
(972)503-4034 (fax)
joyce@joycelindauer.com

**ATTORNEY FOR DEBTOR ROBERT E. JACOBSEN**