*Codilis & Stawiarski, P.C.*
650 N. Sam Houston Parkway East, Suite 450
Houston, Texas 77060 (281) 925-5200
Facsimile: (281) 925-5300
**ATTORNEYS FOR MOVANT**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-41092-BTR-7 |
| ROBERT EDWIN JACOBSEN | § | |
| DEBTOR | § | CHAPTER 7 |
| | § | |
| AURORA LOAN SERVICE, LLC, ITS | § | |
| SUCCESSORS AND ASSIGNS | § | **A HEARING ON THIS MOTION** |
| MOVANT | § | **HAS BEEN SET FOR:** |
| VS. | § | |
| ROBERT EDWIN JACOBSEN, | § | |
| DEBTOR AND CHRISTOPHER | § | |
| MOSER, TRUSTEE | § | |
| RESPONDENTS | § | |
| | § | |

### BUSINESS RECORDS AFFIDAVIT

STATE OF <u>Indiana</u> §
 §
COUNTY OF <u>Marion</u> §

BEFORE ME, the undersigned authority, on this day personally appeared , who after being first duly sworn, deposed and stated:

1. My name is <u>Kimberley Dotson</u>, I am over the age of eighteen (18) years, have never been convicted of a felony, and have personal knowledge of the facts contained in this Affidavit and they are true and correct to the best of my knowledge and belief.

2. I am an employee of Aurora Loan Services LLC as a <u>Bankruptcy Specialist</u>, and I am authorized to make this Affidavit on behalf of AURORA LOAN SERVICE, LLC, a secured creditor.

3. The outstanding principal balance is **$154,488.44**.

4. The account is due for the following payments:

| Month | | Payment Amount |
|---|---|---|
| February 2008 | at | $1,632.13 |
| March 2008 | at | $1,632.13 |
| April 2008 | at | $1,632.13 |
| May 2008 | at | $1,632.13 |
| June 2008 | at | $1,632.13 |
| July 2008 | at | $1,632.13 |
| August 2008 | at | $1,632.13 |
| September 2008 | at | $1,632.13 |
| October 2008 | at | $1,632.13 |
| November 2008 | at | $1,632.13 |
| December 2008 | at | $1,632.13 |
| January 2009 | at | $1,632.13 |
| February 2009 | at | $1,632.13 |
| March 2009 | at | $1,632.13 |

5. That said loan history is kept by Aurora Loan Services LLC in the regular course of business, and it was in the regular course of business for an employee or representative of Aurora Loan Services LLC, with knowledge of the act, event, condition, opinion, or diagnosis recorded, to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time of the transaction or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

Further Affiant sayeth not.

By: _Kimberley Dotson_

Aurora Loan Services LLC

SWORN TO and SUBSCRIBED before me by _Kimberley Dotson_ on this the _26_ day of _March_ , 2009, to certify which witness my hand and seal of office.

Notary Public in and for the
State of _Indiana_


Linda Long
Notary Public State of Indiana
Marion County
My Commission Expires