Robert Jacobsen
Alise Malikyar
P.O. Box 1386
Lafayette, CA 94549
Voice: 925 890-8619
rejacobsen@aol.com
fax: 925-476-0220

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# SHERMAN DIVISION

| | | |
|---|---|---|
| In re:<br>ROBERT EDWIN JACOBSEN<br>xxx-xx-2723<br>P.O. Box 1386<br>Lafayette, CA 94549<br>　　　　Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 07-41092<br><br>Chapter 7 |

## JOINT MOTION OF ROBERT JACOBSEN AND ALISE MALIKYAR TO ABANDON REAL PROPERTY

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE JUDGE OF THE BANKRUPTCY COURT:

NOW COMES ROBERT JACOBSEN, Debtor ("JACOBSEN") and his wife, Alise Malikyar ("Malikyar") in this Chapter 7 bankruptcy, which seeks a hearing abandon real property known as 2324 Tice Valley Blvd, Walnut Creek, CA:

## History

3/2/09  Trustee lists the Tice Valley property for sale with REMAX

6/9/09  The Court ordered that the automatic stay regarding Greenpoint Mortgage be placed against the property for 180 days from the date of the order. The stay lifts 12/6/09.

1. The Tice Valley property has been listed for sale for 275 days as of 10/12/09, the day of this printing.

2. The first mortgage automatic stay lifts on 12/6/09

3. Malikyar wishes to keep her home, but given the eminent lifting of the stay followed by the foreclosure sale, she needs time to finalize financing or to negotiate a loan modification with the existing lender.

4. According to the MLS information regarding the Tice Valley house, the last stated price shows as $850,000.

5. The existing debt on the property is:

    a. Greenpoint Mortgage         $835,000  (estimated)

    b. Back property taxes due     $   9,692

    c. Wells Fargo Bank            $  10,000  (actually $250,000 + interest)

    d. Coast Capital               $210,000 (estimated)


6. The Trustee has verbally told the court that he has Wells Fargo in agreement to settle for a payment in full. Debtor's request to see documents supporting this have not been forthcoming.

7. There is significant work needed to fix termite and dry rot damage that is not included in the list above.

8. Escrow and title are not included in the list above.

9. There is no sales commission mentioned in the above list. 5% of a hypothetical $900,000 sales price is $45,000.

10. Alise Malikyar ("Malikyar") still feels strongly that the Tice Valley property is her sole and separate property. The marital agreement is valid. Exhibit A shows California Family Code, §1611 where it clearly states a premarital agreement needs to be signed by both parties, nothing about notarized or recorded. When this matter was heard in the bankruptcy court, Mr. Levick, attorney for the Trustee cited a section of California law saying the marital agreement needed to be notarized and recorded. Mr. Levick did not give any advance notice that he was going to be citing this section of California law. After the hearing, the law was researched and determined it had to do with separating community real property after marriage. This property has always been separate so this law does not apply. Nowhere else in the California law does it say a marital agreement has to be notarized or recorded. Therefore the Tice Valley property is separate property of Malikyar. The separate property issue is part of the 5th Circuit appeal waiting to be heard regarding the conversion of this bankruptcy from Chapter 13 to 7.

11. Not counting the Coast Capital loan, for any money to come to the owner of the Coast Capital loan (the Trustee it is assumed), the house would have to sell for in excess of $900,000. This does not take into account termite work, title and escrow cost, additional fees incurred by the foreclosing first mortgage holder.

## Conclusion

There is no money expected to come to the estate from the sale of the Tice Valley house. By the time this motion is heard, the house will have been on the market over 10 months with no credible offers having been received. The Trustee is collecting the rent and not making payments on the house or paying property taxes, so the house is falling further and further into debt.

## Request

The Debtor and his wife (Malikyar) request the court abandon the Tice Valley house back to Malikyar.

/s/ Robert Jacobsen
Robert Jacobsen

/s/ Alise Malikyar
Alise Malikyar

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing <u>JOINT MOTION OF ROBERT JACOBSEN AND ALISE MALIKYAR TO ABANDON REAL PROPERTY</u>

JOINT MOTION OF ROBERT JACOBSEN AND ALISE MALIKYAR TO ABANDON REAL PROPERTY

Page 4

has been served on all parties listed below via United States First Class Mail, postage prepaid as required or by electronic service through the EM/ECF Internet web portal for this court per the local and federal rules of procedure. Service was on October 12, 2009.

Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Larry Levick
16200 Addison Road, Suite 140
Addison, TX 75001

Harold M. Jaffe
3521 Grand Ave
Oakland, CA 94610

John Sramek
3521 Grand Ave
Oakland, CA 94610

Bernadette Sramek
3521 Grand Ave
Oakland, CA 94610

United States Trustee
300 Plaza Tower
110 N. College Ave.
Tyler, TX 75702

Joe M. Lozno Jr. Esq.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Michael S. Margolf, Esq.
Moss Codilis, LLP
6560 Greenwood Plaza Blvd.
Suite 550
Englewood, CO 80111

James L. Schultza
7920 Beltline Road
Suite 650

John P. Lewis
1412 Main Street, Suite 210
Dallas, TX 75202

Gabrielle A. Hamm
16200 Addison Road, Suite 140
Addison, TX 75001

Patti H. Bass, Esq.
Bass & Associates
3936 E. Ft. Lowell Rd., Suite 200
Tuscon, AZ 85712

Mary A. Daffin, Esq.
Damian Abrero, Esq.
Kadra D. Alexander, Esq.
Barrett Burke Et Al
1500 Surveyor Blvd.
Addison, TX 75001

Alane A. Becket, Esq.
Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355

Perry Cockerell, Esq
Cantey & Hanger, LLP
1999 Bryan Street, Suite 3330
Dallas, TX 75201

Ginger Coleville, Esq.
Bassel & Wilcox
P.O. Box 11509
Ft. Worth, TX 76110

JOINT MOTION OF ROBERT JACOBSEN AND ALISE MALIKYAR TO ABANDON REAL PROPERTY

Dallas, TX 75254

South Shore Capital
1817 Moreno Blvd.
Suite A
San Diego, CA 92110

Wells Fargo Bank
Business Direct Division, BK Dept.
MAC S4101-050
P.O. Box 53476
Phoenix, AZ 85072

John E. Johnson
Jameson and Duncan
3890 W. Northwest Hwy, suite 550
Dallas, TX 75220

Greenpoint Mortgage Funding
c/o Polk Proper & Raphael
P.O. Box 4365
Woodland Hills, CA 91365

Mark Stromgberg
Stromberg and Assoc.
Two Lincoln Center
5420 LBJ Freeway, Suite 300
Dallas, TX 75240

_____  10/12/09
Osman Malikyar