
04/01/2010

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 07-41092-BTR |
| **ROBERT EDWIN JACOBSEN** | § | |
| | § | |
| xxx-xx-2723 | § | Chapter 7 |
| | § | |
| P.O. Box 1386 | § | |
| Lafayette, CA 94549 | § | |

## ORDER VACATING ORDERS ABANDONING REAL PROPERTY

CAME ON FOR HEARING Trustee's Motion to Vacate Orders Abandoning Real Property [Dkt #590] (the "Motion") regarding the Trustee's request that the Court vacate the orders previously entered in this case abandoning certain real properties described in the Motion. All parties in interest were present at the hearing, exhibits were entered and testimony was heard from all parties. The Court, having considered the Motion, heard the testimony of all interested parties, finds that the Motion is timely, and that grounds exist for vacating the Orders pursuant to Rule 60(b)(3). Accordingly, the Court enters the following Order:

 IT IS THEREFORE

ORDERED that the Trustee's Motion to Vacate Orders Abandoning Real Property is hereby GRANTED; and it is further

ORDERED that the Agreed Order on Motion to Require Chapter 7 Trustee to Abandon Real Property [Docket No. 396] is hereby VACATED for the reasons stated above and those stated on the record; and it is further

ORDERED that the Order on Emergency Motion to Require Chapter 7 Trustee to Abandon Real Property [Docket No. 443] is hereby VACATED for the reasons stated above and those stated on the record.

Signed on 4/1/2010

_____ SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE