IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROBERT E. JACOBSEN, | § | CASE NO. 07-41092 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**TRUSTEE'S MOTION TO ABANDON PROPERTY OF THE ESTATE**
**(1309 CASSANDRA LANE, ALLEN, TEXAS; 1318 NORMANDY LANE, ALLEN,**
**TEXAS; and 7804 STEPPINGTON DRIVE, ALLEN, TEXAS)**

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FIFTEEN (15) DAYS FROM THE DATE OF SERVICE HEREOF UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**.

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

Christopher J. Moser, the Chapter 7 Trustee of the above-referenced bankruptcy estate (the "Trustee") files his Motion to Abandon Property of the Estate ("Motion") as follows:

1. On December 5, 2007, Robert Jacobsen ("Debtor") filed with this Court a voluntary petition under Chapter 13 of the Bankruptcy Code. The Debtor's case was converted to Chapter 7 on May 25, 2008.

2. Christopher J. Moser was thereafter appointed interim trustee of the estate, subsequently qualified and is now the acting Chapter 7 Trustee.

3. The bankruptcy estate owns Properties located at 1309 Cassandra Lane, Allen, Texas, 1318 Normandy Lane, Allen, Texas and 7804 Steppington Drive, Allen, Texas (the "Properties").

4. The Trustee has marketed the Properties but has not been able to sell the Properties. The Properties are currently vacant and homeowner's insurance is now due.

5. Pursuant to §554(a) of the Bankruptcy Code, a trustee may abandon any property of the estate that is burdensome to the estate or is of inconsequential value and benefit to the estate. In the opinion of the Trustee, the Properties are of no value to the bankruptcy estate. Therefore, the Trustee seeks authority to abandon the Properties. The Trustee is not abandoning the rental income which was derived from the Properties.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee respectfully requests that this Court authorize the Trustee to abandon the Properties and that this Court grant the Trustee such other and further relief to which he may be justly entitled.

Respectfully submitted

CHRISTOHPER J. MOSER, TRUSTEE
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

By: */s/ Christopher J. Moser*
    Christopher J. Moser

CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served via regular U.S. mail, postage prepaid, on this 29th day of March, 2011, upon all parties on the attached Matrix.

    */s/ Christopher J. Moser*